**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10371 (TMH)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR MARCH 17, 2026 AT 2:00 P.M. (ET), BEFORE THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR (COURTROOM NO. 5)**

This proceeding will be hybrid in-person/Zoom.

Please refer to Judge Horan's Chambers Procedures and the Court's website for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.

**Registration is required one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**PETITIONS AND RELATED PLEADINGS**[2]

1.     **Voluntary Petitions**

    A.     Reliz Technology Group Holdings Inc.; Case No. 26-10371
        [Filed 3/15/26; Docket No. 1]

    B.     Reliz Technologies LLC; Case No. 26-10373 [Filed 3/15/26; Docket No. 1]

    C.     Reliz CI LTD; Case No. 26-10374 [Filed 3/15/26; Docket No. 1]

    D.     Reliz LTD; Case No. 26-10375 [Filed 3/15/26; Docket No. 1]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A); and Reliz CI LTD (N/A).  The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

[2]     Copies of the petitions, motions, and all other pleadings referenced herein are available free of charge on the website of the Debtors' proposed claims and noticing agent (http://www.veritaglobal.net/BlockFills).

2.      Declaration of Mark Renzi in Support of Chapter 11 Petitions and First Day Motions [Filed 3/15/26; Docket No. 3]

**FIRST DAY MOTIONS**

3.      Motion of Debtors for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Filed 3/16/26; Docket No. 8]

        Status: This matter is going forward.

4.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (B) Continue to Pay Certain Brokerage Fees, (C) Extend, Renew, Replace, Supplement, or Modify Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [Filed 3/16/26; Docket No. 9]

        Status: This matter is going forward.

5.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related Thereto; (II) Authorizing the Debtors to (A) Continue to Perform Intercompany Transactions and (B) Granting Administrative Expense Status for Postpetition Intercompany Claims; (III) Extending the Time for the Debtors to Comply with Requirements Set Forth in 11 U.S.C. § 345(b); and (IV) Granting Related Relief [Filed 3/16/26; Docket No. 10]

        Status: This matter is going forward.

6.      [SEALED] Application of Debtors for Entry of Order Appointing Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date [Filed 3/16/26; Docket No. 11]

        A.      [REDACTED] Application of Debtors for Entry of Order Appointing Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date [Filed 3/16/26; Docket No. 12]

        Status: This matter is going forward.

7.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Filed 3/16/26; Docket No. 13]

        Status: This matter is going forward.

8.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages and (B) Pay Expenses Arising under Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations, and (III) Granting Related Relief [Filed 3/16/26; Docket No. 14]

      Status: This matter is going forward.

9.      Motion of Debtors for Entry of an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and Top 30 Creditors List; (II) Authorizing Redaction of Certain Personally Identifiable Information; (III) Authorizing the Debtors to Serve Certain Parties by Electronic Mail; (IV) Approving Certain Notice Procedures; and (V) Granting Related Relief [Filed 3/16/26; Docket No. 15]

      Status: This matter is going forward.

10.     Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/16/26; Docket No. 16]

      A.      Declaration of Mark Renzi in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/16/26; Docket No. 17 ]

      Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 16, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email:     dhurst@mcdermottlaw.com
           amark@mcdermottlaw.com

-and-

Darren Azman (*pro hac vice* pending)
Joseph B. Evans (*pro hac vice* pending)
R. Ethan Dover (*pro hac vice* pending)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email:     dazman@mcdermottlaw.com
           jbevans@mcdermottlaw.com
           edover@mcdermottlaw.com

-and-

Gregg Steinman (*pro hac vice* pending)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Email:     gsteinman@mcdermottlaw.com

*Proposed Counsel for Debtors*
*and Debtors in Possession*