# SCHEDULE 1

## Cure Schedule

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 1.) | Reliz Technologies LLC | Accrue | 401K for Reliz Technologies LLC | $0.00 |
| 2.) | Reliz Technologies LLC | Adobe | Document management | $0.00 |
| 3.) | Reliz Technologies LLC | Amazon Web Services Inc | Hosting | $13,700.10 |
| 4.) | Reliz LTD | Astound | Fiber for Chicago Office | $0.00 |
| 5.) | Reliz Technologies LLC | Atlassian | JIRA - Project Management Tool | $0.00 |
| 6.) | Reliz Technology Group Holdings Inc. | Audley Management LLC | Former Property Manager for Chicago Office | $5,350.00 |
| 7.) | Reliz LTD | Auro Digital Inc. | SAAS Platform for trading | $5,000.00 |
| 8.) | Reliz LTD | Balance | Custody Provider | $8,750.00 |
| 9.) | Reliz Technology Group Holdings Inc. | Birken Lofts LLC | Landlord for Chicago Office | $0.00 |
| 10.) | Reliz LTD | BitGo | Custody Provider | $14,650.73 |
| 11.) | Reliz LTD | Blackhawks | Sponsorship Sports Team | $250,000.00 |
| 12.) | Reliz LTD | Bloomberg Finance LP | Financial research service | $0.00 |
| 13.) | Reliz Technologies LLC | Blue Cross Blue Shield of Illinois | Health Insurance | $0.00 |
| 14.) | Reliz Technology Group Holdings Inc. | BPM LLP | Audit services for RTGH | $351,938.74 |
| 15.) | Reliz Technology Group Holdings Inc. | Brian Dema Group LLC | Marketing Services | $1,620.00 |
| 16.) | Reliz Technologies LLC | BSO Network, Inc | Networking | $4,233.14 |
| 17.) | Reliz Technologies LLC | CadenceSEO | Search engine optimization | $5,700.00 |

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 18.) | Reliz Technologies LLC | Clickhouse | Database used for research and analysis | $0.00 |
| 19.) | Reliz LTD | Co-Create Incorporated | Consulting services | $7,500.00 |
| 20.) | Reliz Technologies LLC | Comcast / Xfinity | Internet services | $0.00 |
| 21.) | Reliz LTD | Creditor ID #16557881 | Web development | $0.00 |
| 22.) | Reliz LTD | Creditor ID #16557969 | Marketing | $0.00 |
| 23.) | Reliz LTD | Creditor ID #16559081 | Contractor | $0.00 |
| 24.) | Reliz LTD | Creditor ID #16559098 | Contractor | $0.00 |
| 25.) | Reliz LTD | CROSSx Technologies Ltd | Trading Platform | $945.79 |
| 26.) | Reliz Technology Group Holdings Inc. | Crystal Clear Communications | PR Firm | $1,628.85 |
| 27.) | Reliz Technologies LLC | Cursor AI | AI Tool | $0.00 |
| 28.) | Reliz Technology Group Holdings Inc. | Cypator | Trading Platform | $0.00 |
| 29.) | Reliz Technology Group Holdings Inc. | Digital Gamma Inc. | Asset Purchase Agrement | $0.00 |
| 30.) | Reliz Technologies LLC | Dropbox | Document management | $0.00 |
| 31.) | Reliz LTD | EDX Markets LLC | Clearinghouse | $5,858.38 |
| 32.) | Reliz LTD | Elliptic Inc | Blockchain analytics | $2,933.44 |
| 33.) | Reliz LTD | FIG Markets Limited | Digital assets | $11,041.71 |
| 34.) | Reliz LTD | Fireblocks Inc | Crypto Wallets | $0.00 |

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 35.) | Reliz LTD | Fordefi Inc | Custody Provider | $4,988.76 |
| 36.) | Reliz Technology Group Holdings Inc. | Frontline Real Estate Partners, LLC | Landlord Receiver Chicago | $0.00 |
| 37.) | Reliz LTD | FUTURES INDUSTRY ASSOCIATION | Industry Association | $0.00 |
| 38.) | Reliz Technologies LLC | Google Suite | Technology software | $0.00 |
| 39.) | Reliz Technologies LLC | Harmonic Solutions LLC | Software License | $3,000.00 |
| 40.) | Reliz Technologies LLC | HR Experience Inc | HR consulting | $0.00 |
| 41.) | Reliz Technology Group Holdings Inc. | Intuit | Tax Software | $0.00 |
| 42.) | Reliz Technologies LLC | Konica Minolta Business Solutions U.S.A., Inc. | Office equipment - likely printers for office | $10,800.00 |
| 43.) | Reliz Technology Group Holdings Inc. | Korn Ferry | Financial Consulting | $0.00 |
| 44.) | Reliz LTD | Le Mai LLC | Trading Software | $0.00 |
| 45.) | Reliz LTD | LSEG (Previously Refinitiv US LLC) | Market data - used for KYC | $7,921.43 |
| 46.) | Reliz LTD | Lucid | Software platform | $0.00 |
| 47.) | Reliz Technologies LLC | Microsoft | Software services | $0.00 |
| 48.) | Reliz Technologies LLC | Monday | Project management | $0.00 |
| 49.) | Reliz Technology Group Holdings Inc. | Muinmos | Compliance platform | $3,592.55 |
| 50.) | Reliz Technologies LLC | N-Able Solutions | We use this solution to control Windows Computers | $0.00 |
| 51.) | Reliz Technology Group Holdings Inc. | Nelogica | Trading Tool | $21,156.20 |

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 52.) | Reliz Technologies LLC | Nirvana Technology Solutions LLC | Hosting and networks provider | $16,330.00 |
| 53.) | Reliz Technologies LLC | Oracle Netsuite | ERP software | $32.02 |
| 54.) | Reliz Technology Group Holdings Inc. | P3K | Software License | $0.00 |
| 55.) | Reliz LTD | Paradigm Connect Asia, Pte. Ltd. | Trading platform for Options | $0.00 |
| 56.) | Reliz Technologies LLC | Perplexity | AI Tool | $0.00 |
| 57.) | Reliz Technology Group Holdings Inc. | Pulley Cap | Cao Table Software | $0.00 |
| 58.) | Reliz Technology Group Holdings Inc. | Revelate Data Monetization Corp | Data/analytics Saas Platform | $0.00 |
| 59.) | Reliz Technology Group Holdings Inc. | RSM | Audit Firm | $3,402.00 |
| 60.) | Reliz Technologies LLC | SlackTechnologies,LLC | Technology software | $0.00 |
| 61.) | Reliz LTD | The BGC Group | Brokerage services | $0.00 |
| 62.) | Reliz LTD | Tigunia | IT consulting | $0.00 |
| 63.) | Reliz Technologies LLC | TitanHQ | Cybersecurity | $0.00 |
| 64.) | Reliz Technologies LLC | Ubiquiti | Network hardware | $0.00 |
| 65.) | Reliz Technology Group Holdings Inc. | Vanta Inc | SOC 2 software and consulting | $0.00 |
| 66.) | Reliz LTD | YearLI.com | Tax services -1099 filing | $0.00 |
| 67.) | Reliz Technologies LLC | ZoomInfo Technologies LLC | Technology for meetings | $0.00 |