## EXHIBIT A

## Prospective Bidder Correspondence

| | |
|---|---|
| **From:** | Rosenblat, Heath D. |
| **To:** | Steinman, Gregg; Azman, Darren; emonzo@morrisjames.com; Tara C. Pakrouh; Siena B. Cerra; kwofford@whitecase.com; Moeller-Sally, Stephen |
| **Cc:** | Mercadante, Steven R. |
| **Subject:** | Reliz/BlockFills Bid/Asset Sale |
| **Date:** | Wednesday, May 13, 2026 12:58:52 PM |

**[ External Email ]**

Consultation Parties,

As you are aware, we represent James Slazas and a NewCo in connection with the bidding process and sale of BlockFills' assets.  We wanted you to know sooner rather than later that we will not be submitting a bid today.

Due to a call with Artha's counsel yesterday, during which we were told that our bid would be objected to no matter what/regardless of our offer, as well as statements of other possible civil actions, the decision has been made to not go forward with our bid submission.

Thank you all for your time on this matter.

Be well,
Heath



**Heath D. Rosenblat**
Partner
*he/him/his*
**D** 212.735.8757   |   **M** 917.972.4255
hrosenblat@morrisoncohen.com

vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP
909 Third Avenue, 27th Floor, New York, NY 10022-4784
212.735.8600  |  morrisoncohen.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com