**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10371 (TMH)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 101, 177, 201, 321, 330** |

**NOTICE OF SUCCESSFUL BIDDER, CANCELLATION OF AUCTION, AND RESCHEDULED SALE HEARING**

**PLEASE TAKE NOTICE** that, on March 26, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures For the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 101] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 14, 2026, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 177] (the "Bid Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 11 of the Bid Procedures Order and the *Notice of Sale, Bidding Procedures, Auction, Sale Hearing, and Other Deadlines Related Thereto* [Docket No. 201] (the "Initial Auction Notice"), the Auction initially was scheduled to take place on May 15, 2026, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on May 14, 2026, the Debtors filed the *Notice of Rescheduled Auction* [Docket No. 321], rescheduling the Auction for the Debtors' assets to May 18, 2026, at 10:00 a.m. (prevailing Eastern Time); and, on May 18, 2026, the Debtors filed a *Notice of Further Rescheduled Auction* [Docket No. 330], further rescheduling the Auction to May 26, 2026, at 10:00 a.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A); and Reliz CI LTD (N/A). The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, Prospective Bidders were required to submit bids prior to May 13, 2026, at 4:00 p.m. (prevailing Eastern Time) (as extended, the "Bid Deadline") in order for such Prospective Bidder's bid to become a Qualified Bid.

**PLEASE TAKE FURTHER NOTICE** that Keyrock S.A. submitted a bid (the "Keyrock Bid") prior to the Bid Deadline, which contemplated, subject to certain regulatory approvals, a purchase price of up to $3,250,000 and the acquisition of substantially all of the Debtors' assets, including the Debtors' proprietary technology and intellectual property, customer list, equity interests in certain non-debtor entities, and the assumption of certain liabilities.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, in consultation with the Consultation Parties, that the Keyrock Bid is a Qualified Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, have determined that no other Prospective Bidders submitted Qualified Bids.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 12 of the Bid Procedures Order, the Debtors, in consultation with the Consultation Parties, have declared that Keyrock S.A. is the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 12 of the Bid Procedures Order, the Auction is hereby cancelled.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the sale of substantially all of the Debtors' assets to the Successful Bidder previously scheduled for May 28, 2026, at 9:30 a.m. (prevailing Eastern Time) has been rescheduled to **June 16, 2026, at 11:00 a.m. (prevailing Eastern Time)** (the "Sale Hearing") before the Honorable Thomas M. Horan, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors may continue or adjourn the Sale Hearing from time to time without further notice to parties apart from filing of an agenda on the docket or announcing such adjournment on the record in Court.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 26, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email: dhurst@mcdermottlaw.com
amark@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
R. Ethan Dover (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
edover@mcdermottlaw.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Email: gsteinman@mcdermottlaw.com

*Counsel for Debtors and Debtors in Possession*