**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 26-10371 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 28, 2026 AT 10:00 A.M. (ET), BEFORE THE
HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR (COURTROOM NO. 5)**

> **AT THE REQUEST OF THE COURT, THE TIME FOR THIS HEARING HAS CHANGED.**
>
> This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Horan's Chambers Procedures and the Court's website for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**RESOLVED MATTERS**

1.	[Sealed] Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 30, 2026 [Filed 4/29/26; Docket No. 259]

	Related Documents:

	(a)	[Redacted] Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 30, 2026 [Filed 4/26/26; Docket No.

---

[1]	The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A); and Reliz CI LTD (N/A).  The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

[2]	**Amended items appear in bold.**

262]

(b)     Certificate of No Objection Counsel Regarding Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 30, 2026 [Filed 5/14/26; Docket No. 322]

(c)     Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 30, 2026 [Entered 5/15/26; Docket No. 329]

Response(s) Received:

(a)     Informal response received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

Objection Deadline:   May 13, 2026 at 4:00 p.m. (ET)

Status:   The Court has entered an order granting the application; therefore, no hearing is necessary.

2.     [Sealed] Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of April 1, 2026 [Filed 4/29/26; Docket No. 260]

Related Documents:

(a)     [Redacted] Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of April 1, 2026 [Filed 4/26/26; Docket No. 264]

(b)     Certification of Counsel Regarding Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of April 1, 2026 [Filed 5/14/26; Docket No. 323]

(c)     Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors [Entered 5/15/26; Docket No. 328]

Response(s) Received:

(a)     Informal response received from the U.S. Trustee

Objection Deadline:   May 13, 2026 at 4:00 p.m. (ET)

Status:   The Court has entered an order granting the application; therefore, no hearing is necessary.

3.   Richard E. Ward Revocable Trust's Motion to (1) Effectuate Recoupment, or (2) in the Alternative, for Relief from the Automatic Stay to Effectuate Setoff [Filed 5/4/26; Docket No. 281]

Related Documents:

(a)   Certification of Counsel Regarding the Richard E. Ward Revocable Trust's Motion (1) to Effectuate Recoupment, or (2) in the Alternative, for Relief from the Automatic Stay to Effectuate Setoff [Filed 5/22/26; Docket No. 359]

(b)   Order Granting Richard E. Ward Revocable Trust's Motion (1) to Effectuate Recoupment, or (2) in the Alternative, for Relief from the Automatic Stay to Effectuate Setoff [Entered 5/22/26; Docket No. 366]

Response(s) Received:   None.

Objection Deadline:   May 18, 2026 at 4:00 p.m. (ET); extended to May 22, 2026 at 4:00 p.m. (ET) for the Debtors

Status:   The Court has entered an order granting the motion; therefore, no hearing is necessary.

4.   Artha Investment Partners LLC's Motion for (I) Appointment of an Independent Examiner and (II) Appointment of a Chapter 11 Trustee [Filed 5/5/26; Docket No. 282]

Related Documents:

(a)   Notice of Withdrawal of Artha Investment Partners LLC's Motion for (I) Appointment of an Independent Examiner and (II) Appointment of a Chapter 11 Trustee [Filed 5/22/26; Docket No. 372]

Response(s) Received:

(a)   1548199 Alberta Ltd. and Robert J. Bertram's Joinder to Artha Investment Partners LLC's Motion for (I) Appointment of an Independent Examiner and (II) Appointment of a Chapter 11 Trustee [Filed 5/18/26; Docket No. 335]

(b)   Debtors' Objection to (I) Artha Investment Partners LLC's Motion Seeking Appointment of an Independent Examiner and a Chapter 11 Trustee and (II) Related Joinder [Filed 5/19/26; Docket No. 341]

(c)   Limited Objection and Statement of the United States Trustee Regarding Motion to Appoint Examiner [Filed 5/19/26; Docket No. 343]

3

(d)    Limited Response of the Official Committee of Unsecured Creditors to Artha Investment Partners LLC's Motion for (I) Appointment of an Independent Examiner and (II) Appointment of a Chapter 11 Trustee [Filed 5/19/26; Docket No. 344]

Objection Deadline:   May 19, 2026 at 4:00 p.m. (ET)

Status:   This matter has been withdrawn; therefore, no hearing is necessary.

## ADJOURNED MATTERS

5.    Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Filed 3/26/26; Docket No. 101]

Related Documents:

(a)    Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Filed 4/14/26; Docket No. 168]

(b)    Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Entered 4/14/26; Docket No. 177]

(c)    Notice of Sale, Bidding Procedures, Auction, Sale Hearing, and Other Deadlines Related Thereto [Filed 4/15/26; Docket No. 201]

(d)    Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Filed 4/20/26; Docket No. 227]

(e)    Notice of Filing of Proposed Form of Sale Order [Filed 5/6/26; Docket No. 290]

(f)    Notice of Rescheduled Auction [Filed 5/14/26; Docket No. 321]

(g)    Notice of Further Rescheduled Auction [Filed 5/18/26; Docket No. 330]

(h)    Notice of Successful Bidder, Cancellation of Auction, and Rescheduled Sale Hearing [Filed 5/26/26; Docket No. 370]

Response(s) Received:

(a)    Chicago Blackhawk Hockey Team, Inc.'s Objection to Potential Assumption of Executory Contract [Filed 5/12/26; Docket No. 316]

(b)    Oracle's Limited Objection and Reservation of Rights Regarding Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (II) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Filed 5/21/26; Docket No. 353]

Objection Deadline:    May 21, 2026 at 4:00 p.m. (ET)

Status:    This matter is being adjourned to the omnibus hearing scheduled for June 16, 2026 (11:00 a.m. ET).

6.    Artha Investment Partners LLC's Motion for Relief from the Automatic Stay, to the Extent Applicable [Filed 4/7/26; Docket No. 286]

Related Documents:    None.

Response(s) Received:

(a)    The Debtors' Objection to Artha Investment Partners LLC's Motion for Relief from the Automatic Stay, to the Extent Applicable [Filed 5/19/26; Docket No. 336]

(b)    Gordon Wallace's Joinder and Objection to Artha Investment Partners LLC's Motion for Relief from the Automatic Stay [Filed 5/19/26; Docket No. 342]

(c)    Limited Response of the Official Committee of Unsecured Creditors to Artha Investment Partners LLC's Motion for (I) Appointment of an Independent Examiner and (II) Appointment of a Chapter 11 Trustee [Filed 5/19/26; Docket No. 344]

Objection Deadline:    May 19, 2026 at 4:00 p.m. (ET)

Status:    This matter is being adjourned to a date to be determined.

**MATTER FILED UNDER CERTIFICATION**

7.     Motion of Debtors for Entry of an Order (I) Rejecting the Chicago Blackhawks Sponsorship Agreement Effective as of the Rejection Effective Date and (II) Granting Related Relief [Filed 5/8/26; Docket No. 307]

       Related Documents:

       (a)     Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Rejecting the Chicago Blackhawks Sponsorship Agreement Effective as of the Rejection Effective Date and (II) Granting Related Relief [Filed 5/22/26; Docket No. 369]

       **(b)     Order (I) Rejecting the Chicago Blackhawks Sponsorship Agreement Effective as of the Rejection Effective Date and (II) Granting Related Relief [Entered 5/22/26; Docket No. 376]**

       Response(s) Received:   None.

       Objection Deadline:   May 21, 2026 at 4:00 p.m. (ET)

       **Status:   The Court has entered an order granting the motion; therefore, no hearing is necessary.**

**MATTERS GOING FORWARD**

8.     Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/16/26; Docket No. 16]

       Related Documents:

       (a)     Declaration of Mark Renzi in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/16/26; Docket No. 17]

       (b)     Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/18/26; Docket No. 56]

       (c)     Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 3/18/26; Docket No. 62]

6

(d)    Notice of Entry of Interim Order, Second Interim Hearing, and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/18/26; Docket No. 70]

(e)    Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/29/26; Docket No. 107]

(f)    Debtors' Reply in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/29/26; Docket No. 108]

(g)    Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/30/26; Docket No. 117]

(h)    Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/30/26; Docket No. 118]

(i)    Second Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 3/30/26; Docket No. 119]

(j)    Notice of Filing of Third Interim Cash Collateral Order [Filed 4/13/26; Docket No. 161]

(k)    Notice of Deposition of Mark Renzi [Filed 4/14/26; Docket No. 189]

(l)    Notice of Rule 30(b)(6) Deposition of Debtors [Filed 4/14/26; Docket No. 191]

(m)    Motion of Debtors for Entry of Order Pursuant to Local Rule 9006-1(d) Granting the Debtors Leave to File the Debtors' Reply to the Objections to the Cash Collateral Motion [Filed 4/15/26; Docket No. 192]

(n)    Order Pursuant to Local Rule 9006-1(d) Granting the Debtors Leave to File the Debtors' Reply to the Objections to the Cash Collateral Motion [Entered 4/15/26; Docket No. 198]

(o)   Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/15/26; Docket No. 202]

(p)   Notice of Filing of Revised Proposed Third Interim Cash Collateral Order [Filed 4/16/26; Docket No. 209]

(q)   Certification of Counsel Regarding Entry of Third Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/17/26; Docket No. 224]

(r)   Third Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 4/17/26; Docket No. 225]

(s)   Notice of Entry of Third Interim Order and Fourth Interim Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/20/26; Docket No. 228]

(t)   Amended Notice of Rule 30(b)(6) Deposition of Debtors [Filed 4/23/26; Docket No. 233]

(u)   Amended Notice of Deposition of Mark Renzi [Filed 4/23/26; Docket No. 234]

(v)   Certification of Counsel Regarding Entry of Fourth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/27/26; Docket No. 247]

(w)   Fourth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 4/27/26; Docket No. 248]

(x)   Certification of Counsel Regarding Entry of Amended Fourth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/29/26; Docket No. 261]

(y)   Amended Fourth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling

a Final Hearing; and (IV) Granting Related Relief [Entered 4/27/26; Docket No. 266]

(z)    Notice of Proposed Final Cash Collateral Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 5/1/26; Docket No. 277]

(aa)    Notice of Proposed Fifth Interim Cash Collateral Order and Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 5/5/26; Docket No. 285]

(bb)    Certification of Counsel Regarding Entry of Fifth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 5/11/26; Docket No. 309]

(cc)    Fifth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 5/11/26; Docket No. 311]

(dd)    Notice of Proposed Final Cash Collateral Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 5/20/26; Docket No. 346]

**(ee)**    **Certification of Counsel Regarding Entry of Final Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; and (III) Granting Related Relief [Filed 5/20/26; Docket No. 378]**

**(ff)**    **Final Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; and (III) Granting Related Relief [Entered 5/27/26; Docket No. 379]**

Response(s) Received:

(a)    1548199 Alberta Ltd.'s and Robert J. Bertram's Limited Objection to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed

3/27/26; Docket No. 103]

(b)    Richard E. Ward Revocable Trust's Joinder to 1548199 Alberta Ltd.'s and Robert J. Bertram's Limited Objection to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 3/27/26; Docket No. 105]

(c)    [Sealed] Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Third Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/14/26; Docket No. 164]

(d)    1548199 Alberta Ltd. and Robert J. Bertram's Limited Objection to the Third Interim Cash Collateral Order [Filed 4/14/26; Docket No. 182]

(e)    Notice of Filing Unsealed Copy of the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Third Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/14/26; Docket No. 183]

(f)    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Third Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/14/26; Docket No. 185]

(g)    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Fourth Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Party; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 4/24/26; Docket No. 241]

(h)    Artha Investment Partners LLC's Objection to Entry of the Proposed Fourth Interim Cash Collateral Order [Filed 4/24/26; Docket No. 242]

Objection Deadline:   May 26, 2026, at 10:00 a.m. (ET)

**Status: The Court has entered an order granting the motion on a final basis; therefore, no hearing is necessary.**

9.    Motion of Debtors for Entry of Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections, and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution,

(II) Form of Notice of Hearing on Confirmation and Related Matters, and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief [Filed 4/7/26; Docket No. 130]

Related Documents:

(a)    Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and Its Debtor Affiliates [Filed 4/7/26; Docket No. 128]

(b)    Disclosure Statement Relating to Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and Its Debtor Affiliates [Filed 4/7/26; Docket No. 129]

(c)    Notice of Hearing on Disclosure Statement and Related Objection Deadline [Filed 4/7/26; Docket No. 131]

(d)    Notice of Adjournment of Hearing on Disclosure Statement Motion [Filed 5/5/26; Docket No. 284]

(e)    Notice of Filing of Revised Proposed Order Approving Disclosure Statement, Scheduling Confirmation Hearing, Approving Solicitation Procedures, and Granting Related Relief [Filed 5/20/26; Docket No. 350]

(f)    Notice of Filing of Amended Disclosure Statement Relating to Amended Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and Its Debtor Affiliates [Filed 5/20/26; Docket No. 351]

**(g)    Notice of Filing of Further Revised Proposed Order Approving Disclosure Statement, Scheduling Confirmation Hearing, Approving Solicitation Procedures, and Granting Related Relief [Filed 5/27/26; Docket No. 380]**

**(h)    Notice of Filing of Further Amended Disclosure Statement Relating to Amended Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and Its Debtor Affiliates [Filed 5/27/26; Docket No. 381]**

Response(s) Received:

(a)    Informal response received from the Committee

(b)    Objection of the United States Trustee to Approval of Solicitation Procedures [Filed 5/26/26; Docket No. 373]

**(c)    Informal response received from Celsius Network Ltd.**

**(d)    Limited Response and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Amended Disclosure Statement and Amended Chapter 11 Plan [Filed 5/26/26; Docket No. 375]**

Objection Deadline:    May 26, 2026 at 10:00 a.m. (ET)

Status:    This matter is going forward.

Dated: May 27, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email:    dhurst@mcdermottlaw.com
amark@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
R. Ethan Dover (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email:    dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
edover@mcdermottlaw.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Email:    gsteinman@mcdermottlaw.com

*Counsel for Debtors and Debtors in Possession*