**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1] | Case No. 26-10371 (TMH) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket Nos. 128, 129, 130, 388, 391, 392** |

**NOTICE OF (A) CONFIRMATION HEARING WITH RESPECT TO AMENDED JOINT CHAPTER 11 PLAN OF RELIZ TECHNOLOGY GROUP HOLDINGS INC. AND ITS DEBTOR AFFILIATES AND (B) RELATED OBJECTION DEADLINE**

**IMPORTANT SECURITY WARNING**

**PLEASE BE AWARE OF ONGOING CRYPTOCURRENCY-RELATED SCAMS TARGETING CLAIMANTS IN BANKRUPTCY PROCEEDINGS.**

**SCAMMERS MAY IMPERSONATE LEGITIMATE ENTITIES USING EMAIL DOMAINS THAT CLOSELY RESEMBLE OFFICIAL ONES OR CREATE FAKE WEBSITES MIMICKING TRUSTED PORTALS. ALWAYS VERIFY THE SENDER'S EMAIL ADDRESS AND AVOID CLICKING ON SUSPICIOUS LINKS. IF YOU RECEIVE ANY UNEXPECTED OR QUESTIONABLE COMMUNICATION, DO NOT RESPOND AND CONTACT THE DEBTORS OR VERITA GLOBAL, THE DEBTORS' VOTING AGENT, DIRECTLY THROUGH VERIFIED CHANNELS. STAY VIGILANT AND ASSUME ANY UNSOLICITED REQUEST FOR SENSITIVE INFORMATION COULD BE FRAUDULENT.**

**ALL CORRESPONDENCE IN CONNECTION WITH THE CHAPTER 11 CASES WILL BE PROVIDED BY VERITA USING AN "@VERITAGLOBAL.COM," "@VERITARESTRUCTURING.COM," OR "@E.VERITANOTICING.COM" DOMAIN. THIS NOTICE AND ALL OTHER CASE DOCUMENTS AND NOTICES ALSO WILL BE FILED ON THE CASE DOCKET AND ACCESSIBLE BY VISITING WWW.VERITAGLOBAL.NET/BLOCKFILLS. IF YOU RECEIVE CORRESPONDENCE THAT IS NOT FILED ON THE CASE DOCKET, IT IS NOT OFFICIAL CORRESPONDENCE FROM THE DEBTORS OR THEIR VOTING AGENT.**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A); and Reliz CI LTD (N/A).  The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

**PLEASE TAKE NOTICE** that, on April 7, 2026, Reliz Technology Group Holdings Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor" and, collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and its Debtor Affiliates* [Docket No. 128] (as may be amended, supplemented, or otherwise modified, the "Plan"), pursuant to and as described in the *Disclosure Statement Relating to Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and its Debtor Affiliates* [Docket No. 129] (as modified, the "Disclosure Statement"), with the United States Bankruptcy Court for the District of Delaware (the "Court").  Capitalized terms used in this notice (the "Notice") which are not otherwise defined have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on May 28, 2026, the Court entered the *Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections, and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters, and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief* [Docket No. 388] (the "Solicitation Procedures Order"), thereby approving the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Solicitation Procedures Order, a hearing (the "Confirmation Hearing") will be held on **July 13, 2026, at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, to consider the entry of an order confirming the Plan within the meaning of section 1129 of title 11 of the United States Code (the "Bankruptcy Code").  *See* 11 U.S.C. §§ 101-1532.  The Confirmation Hearing may be continued from time to time by way of announcement of such continuance in open court, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to confirmation of the Plan (each, a "Plan Confirmation Objection") must (a) be made in writing; (b) comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party and the nature and amount of any claim or interest asserted by such party against the Debtors, their estates, or their property; (d) state with particularity the legal and factual bases and nature of any objection to the Plan; (e) be filed with the Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (f) served upon (i) the Debtors, 401 West Ontario Street, Suite 400, Chicago, IL 60654 (Attn: Joseph Perry); (ii) counsel to the Debtors, McDermott Will & Schulte LLP, The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, DE 19801 (Attn: David R. Hurst (dhurst@mcdermottlaw.com) and Andrew A. Mark (amark@mcdermottlaw.com)), One Vanderbilt Avenue, New York, NY 10017 (Attn: Darren Azman (dazman@mcdermottlaw.com), Joseph B. Evans (jbevans@mcdermottlaw.com), and R. Ethan Dover (edover@mcdermottlaw.com)), and 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (Attn: Gregg Steinman (gsteinman@mcdermottlaw.com)); (iii) counsel to the Official Committee of Unsecured Creditors, Morris James LLP, 3205 Avenue North Blvd., Suite 100, Wilmington, DE 19803 (Attn: Eric J. Monzo (emonzo@morrisjames.com), Tara C. Pakrouh

(tpakrouh@morrisjames.com), and Siena B. Cerra (scerra@morrisjames.com)); and (iv) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov)), so that it is received on or before **July 1, 2026, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code, prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE that the Plan provides for releases, exculpations, and injunctions of certain conduct, and Article VIII.B contains a third-party release (the "Third-Party Release").  The injunctions in the Plan include a permanent injunction of the commencement or prosecution by any Entity, whether directly, derivatively, or otherwise, of any Claims, Causes of Action, or other liabilities released, exculpated, or otherwise barred pursuant to the Plan.  You are advised to carefully review and consider the Plan, including the release, exculpation, discharge, and injunction provisions in Article VIII of the Plan (including Sections VIII.A through VIII.D thereof), as your rights might be affected.  If you are a Holder of a Claim entitled to vote, you may elect not to grant the Third-Party Release only if you return a ballot checking the box to "opt out" from the Third-Party Release.**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in the Plan or in any contract, instrument, release, or other agreement or document entered into in connection with the Plan, each of the executory contracts and unexpired leases to which the Debtors are a party shall be deemed automatically rejected by the Debtors as of the Effective Date (as defined in the Plan).

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement, Plan, and Solicitation Procedures Order may be examined by any party in interest (a) between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Bankruptcy Court (the "Clerk"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (b) at the Debtors' case website (https://www.veritaglobal.net/blockfills); or (c) at the Court's website (http://www.deb.uscourts.gov) (a PACER account is required).  Such documents also may be obtained by written request to Kurtzman Carson Consultants, LLC dba Verita Global (the "Voting Agent") at www.veritaglobal.net/BlockFills/inquiry or by telephoning the Voting Agent at (866) 554-5810 (toll free in the U.S. or Canada) or +1 (781) 575-2032 (International callers).

**If you have any questions regarding this Notice, please contact the Voting Agent at (866) 554-5810 (toll free in the U.S. or Canada) or +1 (781) 575-2032 (International callers), or www.veritaglobal.net/BlockFills/inquiry.  The Voting Agent is not permitted to provide legal advice.**

Dated: May 29, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email:     dhurst@mcdermottlaw.com
               amark@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
R. Ethan Dover (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email:     dazman@mcdermottlaw.com
               jbevans@mcdermottlaw.com
               edover@mcdermottlaw.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Email:     gsteinman@mcdermottlaw.com

*Counsel for Debtors and Debtors in Possession*