**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10371 (TMH)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 101, 177, 436** |

**NOTICE OF SALE CLOSING AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE THAT**, on March 26, 2026, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases filed with the United States Bankruptcy Court for the District of Delaware (the "Court") a motion [Docket No. 101] (the "Motion") seeking entry of an order (the "Bidding Procedures Order") (i) approving bidding procedures for the sale (the "Sale") of substantially all of the Debtors' assets, (ii) scheduling an auction and approving the form and manner of notice thereof, (iii) approving assumption and assignment procedures, (iv) scheduling a sale hearing and approving the form and manner of notice thereof, and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT**, on April 14, 2026, the Court entered the Bidding Procedures Order [Docket No. 177].

**PLEASE TAKE FURTHER NOTICE THAT**, on June 16, 2026, the Court entered the *Order (I) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [Docket No. 436] (the "Sale Order"),[2] thereby approving, among other things, the consummation of the Sale and the procedures for the designation and assumption and assignment of executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE THAT**, on June 22, 2026, the Closing of the Sale approved by the Sale Order occurred.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 16 of the Sale Order, at the Closing the Debtors assumed and assigned to the Buyer the Assigned Contract listed on **Exhibit A** hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A); and Reliz CI LTD (N/A). The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Sale Order.

Dated: June 23, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email: dhurst@mcdermottlaw.com
amark@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
R. Ethan Dover (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
edover@mcdermottlaw.com

-and-

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Email: gsteinman@mcdermottlaw.com

*Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

## Schedule of Assigned Contracts

| Item # | Debtor | Counterparty | Description of Contract |
|---|---|---|---|
| 1 | Reliz LTD | CROSSx Technologies Ltd | Trading Platform |