**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10371 (TMH)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 388, 391, 392** |

**PLAN SUPPLEMENT TO AMENDED JOINT CHAPTER 11 PLAN OF RELIZ TECHNOLOGY GROUP HOLDINGS INC. AND ITS DEBTOR AFFILIATES**


David R. Hurst (I.D. No. 3743)
Andrew A. Mark (I.D. No. 6861)
**MCDERMOTT WILL & SCHULTE LLP**
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Email: dhurst@mcdermottlaw.com
amark@mcdermottlaw.com

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
R. Ethan Dover (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
jbevans@mcdermottlaw.com
edover@mcdermottlaw.com

Gregg Steinman (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
333 SE 2nd Ave Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
Email: gsteinman@mcdermottlaw.com

*Counsel for Debtors and Debtors in Possession*


Dated: June 24, 2026
Wilmington, Delaware

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A); and Reliz CI LTD (N/A). The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

**TABLE OF EXHIBITS**[2]

| EXHIBIT | TITLE |
|---|---|
| A | Schedule of Assumed Executory Contracts and Unexpired Leases |
| B | Schedule of Retained Causes of Action |
| C | Liquidation Trust Agreement |
| D | GUC Trustee and Members of the GUC Trust Oversight Committee |
| E | GUC Trust Budget |

**THE DEBTORS RESERVE THE RIGHT TO REVISE THIS PLAN SUPPLEMENT AT ANY TIME PRIOR TO THE HEARING ON CONFIRMATION OF THE PLAN**

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Amended Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and Its Debtor Affiliates* [Docket No. 391] (as may be amended, supplemented, or otherwise modified, the "Plan").