# EXHIBIT A

## Schedule of Assumed Executory Contracts and Unexpired Leases

**BlockFills**
Assumption Schedule
$ in USD

| | Party | Description of Contract | Cure Amount |
|---|---|---|---|
| | (A) | (B) | (C) |
| 1.) | Amazon Web Services Inc | Hosting / cloud infrastructure services | 13,700.10 |
| 2.) | Astound | Fiber for Chicago office | - |
| 3.) | Birken Lofts LLC | Landlord - Chicago Office | - |
| 4.) | Blue Cross Blue Shield of Illinois | Health insurance | - |
| 5.) | Comcast / Xfinity | Internet services | - |
| 6.) | Digital Gamma Inc. | Asset Purchase Agreement | - |
| 7.) | Dropbox | Document management | - |
| 8.) | Fireblocks Inc | Custody / crypto assets | - |
| 9.) | HR Experience Inc | HR consulting | - |
| 10.) | Intuit | Tax software | - |
| 11.) | Korn Ferry | Financial consulting | - |
| 12.) | Matrix Trust Co. / Vestwell | 401k provider | - |
| 13.) | Microsoft | Software services | - |
| 14.) | N-Able Solutions | Computer application | - |
| 15.) | Oracle Netsuite | ERP software | 32.02 |
| 16.) | RSM | Audit firm | 3,402.00 |
| 17.) | TitanHQ | Cybersecurity | - |
| 18.) | Ubiquiti | Network hardware | - |
| | **Total** | | **17,134.12** |