# EXHIBIT B

## Schedule of Retained Causes of Action

# SCHEDULE OF RETAINED CAUSES OF ACTION[1]

Article IV, Section K of the *Amended Joint Chapter 11 Plan of Reliz Technology Group Holdings Inc. and its Debtor Affiliates* [Docket No. 391] (as may be amended, modified, revised, or supplemented from time to time, the "**Plan**") provides that:

> Unless any Cause of Action against an Entity is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Final Order, in accordance with section 1123(b) of the Bankruptcy Code, the Debtors shall convey to the GUC Trustee all rights to commence, prosecute, or settle, as appropriate, any and all Vested Causes of Action, whether arising before or after the Petition Date, which shall vest in the GUC Trustee pursuant to the terms of the Plan. The GUC Trustee may enforce all rights to commence, prosecute, or settle, as appropriate, any and all Vested Causes of Action, whether arising before or after the Petition Date, and the GUC Trustee's rights to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date. The GUC Trustee may, in its reasonable business judgment, pursue such Vested Causes of Action and may retain and compensate professionals in the analysis or pursuit of such Vested Causes of Action to the extent the GUC Trustee deems appropriate, including on a contingency fee basis.
>
> No Entity may rely on the absence of a specific reference in the Plan or the Disclosure Statement to any Cause of Action against them as any indication that the Debtors or the GUC Trustee will not pursue any and all available Causes of Action against them. The Debtors, Post Effective Date Debtors, and the GUC Trustee expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan. Unless any Vested Cause of Action against an Entity is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Final Order, the GUC Trustee expressly reserves all Vested Causes of Action for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Vested Causes of Action upon, after, or as a consequence of the Confirmation or Consummation. The GUC Trustee reserves and shall retain the foregoing Vested Causes of Action notwithstanding the rejection of any Executory Contract or Unexpired Lease during the Chapter 11 Cases or pursuant to the Plan. The GUC Trustee shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Vested Causes of Action, or to decline to do any of the foregoing, without the consent or approval of any third party or any further notice to, or action, order, or approval of, the Bankruptcy Court; provided, however, that pursuant to Fed. R. Civ. P. 23.1, to the extent applicable through Bankruptcy Rule 7023.1, any derivative action may be settled, voluntarily dismissed, or compromised only with the Bankruptcy Court's approval.

Notwithstanding, and without limiting the generality of, Article IV, Section K of the Plan, attached hereto as **Exhibit 1** is the Schedule of Retained Causes of Actions expressly preserved by the GUC Trust, subject to the terms of the Plan, the Liquidation Trust Agreement, and the GUC Trustee. **Review of the Causes of Action is ongoing. Except as otherwise provided in the Plan, all Causes of Action are expressly preserved for later prosecution, adjudication, or settlement by the GUC Trust, including, without limitation, Causes of Action not specifically identified or of which the Debtors may presently be unaware or which may arise or exist by reason of additional facts or circumstances unknown to the Debtors at this time or facts or circumstances that may change or be different from those the Debtors now believe to exist.**

**For the avoidance of doubt, the specific types of Causes of Action set forth in the Schedule of Retained Causes of Action attached hereto as Exhibit 1 are non-exclusive and are not intended to be a comprehensive list of all Causes of Action retained in connection with the Plan. Notwithstanding anything to the contrary in the Plan, the Debtors and the GUC Trust expressly reserve the right to alter, modify, amend, remove, augment, or supplement the Schedule of Retained Causes of Action at any time with additional Causes of Action. Failure to include any Cause of Action herein at any time shall not be a bar nor have any impact on the GUC Trust's rights, through the GUC Trustee, to bring any Cause of Action not otherwise released pursuant to the Plan.**

All rights to enforce, commence, prosecute, pursue, settle, or take any other action with respect to any Cause of Action shall be preserved for the sole benefit of the GUC Trust, regardless of whether any Causes of Action or any entity is specifically referenced herein, in the Plan, in the Disclosure Statement, or in any Plan Supplement. Express releases contained in the Plan are solely for the benefit of specific and identified parties in accordance with and subject to the Plan, and the Plan does not confer upon any other person or entity any third-party beneficiary rights to obtain the benefit of any such releases contained in the Plan. **For the avoidance of doubt, the specific types of Causes of Action set forth in the Schedule of Retained Causes of Action attached hereto as Exhibit 1 specifically excludes any Causes of Action against any Released Parties.** The decision whether to enforce, commence, prosecute, pursue, settle, or take any other action with respect to any Causes of Action, or to refrain from doing so, shall remain within the discretion of the GUC Trustee.

# **Exhibit 1**

Schedule of Retained Causes of Action:

1. All Causes of Action, including but not limited to Fraud-Based Claims,[2] Fiduciary Duty Claims,[3] Contract-Based Claims,[4] Negligence/Recklessness-Based Claims,[5] Equity-Based Claims,[6] Corporate Claims,[7] and Avoidance Actions[8] against Insiders.[9]

2. All Causes of Action against Third-Parties,[10] Users[11] and Service Providers, [12] including but not limited to Fraud-Based Claims, Fiduciary Duty Claims, Contract-Based Claims, Negligence/Recklessness-Based Claims, Equity-Based Claims, Corporate Claims and Avoidance Actions, regardless of whether those parties are in privity or have any form of direct relationship with the Debtors or any affiliated entities.

3. All Causes of Action against Insiders, Third-Parties, Users and Service Providers related to Setoff Claims[13] and Collateral Remedies.[14]

4. All Causes of Action against Service Providers concerning Users' Crypto Trading.[15]

5. All Causes of Action against Third-Parties concerning the promotion and marketing of the Debtors' businesses.

6. All Causes of Action concerning the Debtors' Crypto Property Rights,[16] including but not limited to Equity-Based Claims, for any Digital Wallets and Digital Addresses, [17] or Cryptocurrency, against any Insiders, Third-Parties, Users or Service Providers.

7. All Causes of Action against Insiders, Third-Parties and Service Providers concerning the investment, acquisition, sale, transfer, valuation or disposition of crypto mining equipment.

8. All Causes of Action, including but not limited to Fraud-Based Claims, Contract-Based Claims, Fiduciary Duty Claims and Equity-Based Claims, against any Insiders, Third-Parties or Service Providers related to the Debtors' crypto mining efforts.

9. All Causes of Action concerning any pending or prior arbitration, bankruptcy claims, or settlements concerning the Debtors, including but not limited to those involving Babel Finance, Power Fintech LLC d/b/a PowerTrade, Aexa Digital Infrastructure, RedBird Capital Partners, Nexo Capital Inc., Clark, Sharp and Reynolds LLC d/b/a CoinSource, Celsius Network Ltd., and FTX.

10. All rights to challenge, invalidate, or avoid the enforcement of any prepetition arbitration clause, jury-trial waiver, class-action waiver, liquidated-damages provision, penalty, or forum-selection clause to the extent such provision impairs the Estates' prosecution of any Retained Cause of Action or is unenforceable under applicable law.

11. All Causes of Action for Professional Liability Claims.[18]

12. All Causes of Action against any Insider, Third-Party, User, Service Provider, Professional, or other Entity arising from or relating to the commingling, transfer, diversion, misuse, concealment, expenditure, dissipation, lending, investment, encumbrance, or other disposition of customer funds, customer assets, cryptocurrency, stablecoins, fiat currency, or other property held for the benefit of customers, including any Causes of Action relating to customer asset shortfalls, liquidity deficiencies, insolvency, undercapitalization, the use

of customer assets to fund operations or satisfy liabilities, and any actual or alleged Ponzi scheme, Ponzi-like scheme, fraudulent investment scheme, or similar conduct.

13. All Causes of Action against any Insider, Third-Party, User, Service Provider, Professional, or other Entity arising from or relating to the Debtors' compliance with, failure to comply with, avoidance of, or representations concerning any federal, state, local, or foreign licensing, registration, money transmission, virtual asset, banking, securities, commodities, or other legal or regulatory requirements, including any Causes of Action arising from the operation of the Debtors' business without required licenses, registrations, approvals, authorizations, exemptions, or disclosures.

14. All Causes of Action against any Insider, Third-Party, User, Service Provider, Professional, or other Entity arising from or relating to anti-money laundering, know-your-customer, customer due diligence, enhanced due diligence, transaction monitoring, suspicious activity reporting, regulatory reporting, sanctions compliance, or other compliance obligations, including any Causes of Action arising from related misrepresentations, omissions, certifications, filings, questionnaires, audits, policies, procedures, or communications to regulators, customers, counterparties, banking institutions, auditors, or investors.

15. All Causes of Action challenging the applicability of, or seeking to limit, any defense or safe harbor under sections 546(e)–(g) or 555–561 of the Bankruptcy Code and all related Equity-Based Claims.

16. All Causes of Action for equitable subordination, reclassification, and disallowance of claims and interests under sections 502(b)–(d) and 510 of the Bankruptcy Code.

17. All Causes of Action concerning the spoliation of evidence.

18. All Causes of Action related to agreements and contracts, to which any of the Debtors is or was a party, or pursuant to which any of the Debtors has any rights whatsoever (regardless of whether such agreement or contract is specifically identified in the Plan, the Plan Supplement, or any amendments thereto), including claims and Causes of Action (a) for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform or to condition performance on additional requirements under contracts or leases with the Debtors before the assumption or rejection, if applicable, of such contracts or leases; (d) for payments, deposits, holdbacks, reserves or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor or other party; (e) for any Liens, including mechanic's, artisan's, materialman's, possessory, or statutory Liens held by the Debtors; (f) arising out of environmental or containment exposure matters against landlords, lessors, environmental, consultants, environmental agencies, or suppliers of environmental services or goods; (g) counter-claims and defenses related to any contractual obligations; (h) any turnover actions arising under sections 542 or 543 of the Bankruptcy Code; (i) for unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claims; and (j) all indemnification rights.

19. All Causes of Action concerning accounts receivable and accounts payable.

20. All Causes of Action concerning audits conducted of the Debtors finances, codebases, and systems.

21. All Causes of Action, including defenses, against any Governmental Unit, including any regulatory body involved in any way in the operation of the Debtors prior to the Effective Date.

22. All Causes of Action concerning insurance policies, insurance contracts, and/or surety bonds to which the Debtors are or were a party or pursuant to which the Debtors have any rights whatsoever, regardless of whether such contract or policy is specifically identified in the Plan, the Plan Supplement, or any amendments thereto, including, without limitation, claims and Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, indemnity, contribution, reimbursement, or any other matters.

23. All Causes of Action concerning tax obligations, credits, refunds, or offsets.

24. All Causes of Action concerning self-interested transactions, overcompensation, and/or transfers that are not in the ordinary course of business.

25. All Causes of Action for unlawful, improper, or non-permitted dividends, distributions, redemptions, or other returns of capital and any related unjust enrichment or restitution theories.

26. All Causes of Action related to any type of security deposit, prepayment, retainer, or collateral, regardless of whether the posting of such deposit, adequate assurance payment, or any other type of deposit, prepayment, or collateral is specifically identified herein.

27. All Causes of Action challenging the attachment, perfection, priority, and scope of any Lien or security interest in digital assets, deposit accounts, securities accounts or investment property and seeking avoidance, recharacterization, limitation, or release of such Liens.

28. All Causes of Action based in whole or in part upon all Liens, regardless of whether such Lien is specifically identified herein.

29. All Causes of Action against or involving entities that have filed, or may file, a proof of claim or request for payment of administrative expenses in these Chapter 11 Cases.

30. All Causes of Action concerning the Debtors' ownership of equity in any entity.

31. All Causes of Action against any Insider, User, Service Provider or Third-Party whose conduct resulted in any investigation or regulatory action by any federal, state, local or foreign government entity.

32. All Causes of Action of the Debtors and/or the Debtors' Estates including without limitation, all claims, defenses, cross-claims, and counterclaims against or related to all entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial.

33. All Causes of Action under non-U.S. law that are analogous to the foregoing causes to the extent any Debtor or counterparty is organized in, or any transfer is governed by, a non-U.S. jurisdiction.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning provided in the Plan. Pursuant to the Plan at Article IV, Section J, upon the Effective Date, any remaining assets and any Vested Causes of Action of the Debtors' Estates shall transfer to the GUC Trust automatically and without further action of the Bankruptcy Court. Any categories of Claims defined herein shall be deemed as non-exclusive subsets of Causes of Action (as defined in the Plan).

[2] "Fraud-Based Claims" means all Causes of Action sounding in fraud, including, but not limited to, Causes of Action for common law fraud, fraudulent inducement, fraudulent concealment, deceit, intentional misrepresentation, willful or wanton misconduct, conspiracy to defraud, aiding and abetting fraud, and related equitable remedies (including restitution, disgorgement, constructive or resulting trust, accounting, tracing, and equitable lien).

[3] "Fiduciary Duty Claims" means all Causes of Action relating to any duty, fiduciary or otherwise, owed to the Debtors or any affiliated entities, including, but not limited to, Causes of Action for breach of fiduciary duty (including duty of loyalty), bad faith, corporate waste, self-dealing, usurpation of corporate opportunity, and aiding and abetting any of the foregoing.

[4] "Contract-Based Claims" means all Causes of Action sounding in contract or quasi-contract, including, but not limited to, breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, account stated, promissory estoppel, quantum meruit, or any Cause of Action requiring interpretation of any contract to which the Debtors or an affiliated entity are a party.

[5] "Negligence/Recklessness-Based Claims" means all Causes of Action sounding in negligence or recklessness, including, but not limited to, ordinary negligence, gross negligence, negligence per se, negligent misrepresentation, recklessness, reckless misconduct, and any related Causes of Action derived from similar principles.

[6] "Equity-Based Claims" means Causes of Action seeking or based on equitable or restitutionary relief relating to any Equity Interest in any Debtor, including, without limitation, unjust enrichment, constructive or resulting trust, accounting, tracing, declaratory judgment (including as to ownership, priority, validity, or enforceability of Equity Interests), rescission or reformation of equity-related instruments or transactions, and any related equitable lien or disgorgement theories.

[7] "Corporate Claims" means " means Causes of Action arising from or relating to the issuance, sale, grant, vesting, conversion, exchange, redemption, repurchase, forfeiture, cancellation, dividend, distribution, allocation, capitalization tables or records, organizational documents (including certificates of incorporation, bylaws, limited liability company agreements, or shareholder agreements), or any other treatment of any equity interest in any Debtor (including options, warrants, tokens, or other equity-linked instruments).

[8] "Avoidance Actions" means any and all actual or potential claims or Causes of Action of the Debtors or their Estates arising under chapter 5 of the Bankruptcy Code (including sections 544, 545, 547, 548, 549, 550, 551, and 553(b)), or under similar state, federal, or foreign law.

[9] "Insiders" means any current or former director, officer, employee, independent contractor, advisor, vendor, employee, customer, service provider, or agent of any of the Debtors or affiliated entities.

[10] "Third-Parties" means any Entity other than the Debtors, the Post Effective Date Debtors, the GUC Trust, and their respective current and former directors, officers, employees, and professionals; *provided* that, where the context so requires, Third-Parties includes Affiliates of any counterparty identified herein.

[11] "Users" means any customers, account holders, or other end-users of the Debtors' trading, brokerage, lending, custody, mining, or technology platforms, including institutional clients and professional counterparties transacting through such platforms.

[12] "Service Providers" means any entity that rendered services or otherwise engaged for a business or financial purpose with any entity affiliated with the Debtors, including but not limited to liquidity providers, market makers, trading consultants, loan counter-parties, and any other Service Providers.

[13] "Setoff Claims" means Causes of Action under Bankruptcy Code § 553(b) to recover improvements in position and to avoid or recover unauthorized setoffs.

[14] "Collateral Remedies" means Causes of Action for surcharge under Bankruptcy Code § 506(c), relief under § 552(b) based on the equities of the case, marshaling, and other equitable relief affecting collateral and proceeds.

[15] "Crypto Trading" means any transactions, trading, transfers, buying, selling, longing or shorting of Cryptocurrency, including but not limited to any centralized and decentralized exchange liquidity pools, spot, futures, perpetuals, and margin transactions, and any staking of Cryptocurrency.

[16] "Crypto Property Rights" means, collectively, Causes of Action (i) concerning the Debtors' possession, control, management, or access of any Cryptocurrency or stablecoins held within Digital Wallets or Digital Addresses, and the Debtors' possession, control, management, or access of such Digital Wallets or Digital Addresses themselves; and (ii) for declaratory, injunctive, or other equitable relief to determine the status, ownership, priority, validity, enforceability, and any trust or bailment character of digital assets or fiat held or controlled by any Person (including imposition of a constructive or resulting trust, accounting, and tracing), and to compel specific performance to transfer, deliver, or provide any private or public keys, seed phrases, multi-signature credentials, custody records, logs, repositories, wallet software or interfaces, or other credentials or access necessary to exercise rights in or to such assets.

[17] "Digital Wallet" means the location on the blockchain Cryptocurrency is stored. "Digital Address" means the alphanumeric strings that identify a Digital Wallet.

[18] "Professional Liability Claims" means Causes of Action against current or former attorneys, financial advisors, investment bankers, auditors, accountants, consultants, or other professionals for malpractice, negligence, gross negligence, breach of contract, breach of fiduciary duty, negligent misrepresentation, fraud, aiding and abetting, or fee disgorgement.