# EXHIBIT D

## GUC Trustee and GUC Trust Oversight Committee Members

GUC Trustee

David Dunn

GUC Trust Oversight Committee Members

Jeff Brandt
Prince Jindal
[TBD]