# EXHIBIT E

## GUC Trust Budget

**BlockFills**
GUC Trust Budget
($ in millions)

| | | Total GUC Trust Budget (1), (2) |
|---|---|---|
| 1.) | Operating Expenses[3] | $ 1.3 |
| 2.) | Professional Fees - Wind Down Administration[4] | $ 1.5 |
| 3.) | Litigation / Asset Recovery - Reserve[5] | $ 2.0 |
| 4.) | **Total Wind Down Costs** | **$ 4.9** |

**Footnotes**

*(1) The budgeted amounts presented herein represents the Debtors best estimates of potential expenditures that will be incurred during the post-effective period. These estimates are subject to material change and do not represent a commitment to spend.*
*(2) For budgeting purposes; the analysis assumes a wind down period of 20-weeks. The actual time to wind down the estate could vary materially from estimates.*
*(3) Includes estimated operating expenses and employee costs*
*(4) Includes estimated fees associated with GUC Trustee, Counsel, FA, Claims/Noticing Agent, and Tax Professionals*
*(5) Represents estimated costs of legal support to pursue retained causes of action, and any asset recoveries*