# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RELIZ TECHNOLOGY GROUP HOLDINGS INC., *et al.*,[1] | ) | Case No. 26-10371 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF THOMAS D. BIELLI, ESQ. IN SUPPORT OF APPLICATION OF THE FEE EXAMINER, DAVID M. KLAUDER, FOR AUTHORIZATION TO EMPLOY AND RETAIN BIELLI & KLAUDER, LLC AS COUNSEL TO THE FEE EXAMINER, *NUNC PRO TUNC* TO JULY 1, 2026**

In accordance with Bankruptcy Rule 2014, I, Thomas D. Bielli, Esquire, hereby state as follows:

1.      I am an attorney and counselor at law, admitted to practice in the Commonwealth of Pennsylvania.

2.      I am a member of the law firm of Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware 19801.

3.      On March 15, 2026, the Debtors filed voluntary petitions for relief under chapter 11 the Bankruptcy Code in this Court.

4.      On July 1, 2026, David M. Klauder was appointed as the Fee Examiner for this case.

5.      The Fee Examiner seeks to employ BK as his counsel in this bankruptcy case consistent with the Application[2] filed herein.   Attorneys at BK have experience in bankruptcy, insolvency, corporate reorganization, and debtor/creditor law.   Attorneys at BK are well qualified

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Reliz Technology Group Holdings Inc. (6265); Reliz Technologies LLC (1968); Reliz LTD (N/A/); and Reliz CI LTD (N/A). The Debtors' service address is 401 West Ontario St., Suite 400, Chicago, IL 60654.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

to represent the Fee Examiner generally herein, and are willing to accept employment on the basis set forth in the annexed Application.

<strong>THE SERVICES TO BE RENDERED</strong>

6.     The professional services that BK will provide to the Fee Examiner include, but shall not be limited to, the following:

a.     Reviewing the fee and expense applications (the "Fee Applications") and related invoices for compliance with:

   i.     Sections 328, 329, 330 and 331 of the Bankruptcy Code;

   ii.     Rule 2016 of the Bankruptcy Rules;

   iii.     Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules");

   iv.     The United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "UST Guidelines"); and

   v.     The Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (D.I. 588 (the "Compensation Order" and together with the Local Rules and the UST Guidelines, the "Guidelines");

b.     Assisting the Fee Examiner in any hearings or other proceedings before the Court to consider the Fee Applications including, without limitation, advocating positions asserted in the reports filed by the Fee Examiner and on behalf of the Fee Examiner;

c.     Assisting the Fee Examiner with legal issues raised by inquiries to and from the Retained Professionals and any other professional services provider retained by the Fee Examiner;

d.     Where necessary, attending meetings between the Fee Examiner and the Retained Professionals;

e.     Assisting the Fee Examiner with the preparation of preliminary and final reports regarding professional fees and expenses;

2

f.    Assisting the Fee Examiner in developing protocols and making reports and recommendations; and

g.    Providing such other services as the Fee Examiner may request.

### CONNECTIONS WITH PARTIES IN INTEREST

7.    BK completed a conflict check through the firm's conflict check system that compared, to the extent then known, the parties listed on the conflict check list, which is attached hereto as Exhibit 1, against a list of BK's current and former engagements and clients.    In addition, emails were sent to all attorneys in the firm asking if they had any connections to the parties in interest listed herein. The connections checklist is attached hereto as Exhibit 2.

8.    Except as disclosed herein, to the best of my knowledge, information and belief, neither I nor any member of BK has any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as set forth herein.    The Fee Examiner is a member of BK and employed with BK as an attorney.    BK will supplement this Declaration to the extent any other connections are determined.

9.    I and members of BK have consumer accounts with various interested financial institutions and utilities, none of which are material.

10.    I and members of BK have represented parties that have been adverse to certain parties in interest in this case, but none of those representations have been in any way connected to or related to the Debtors or this bankruptcy case.

11.    The Fee Examiner has served or is currently serving as fee examiner in various cases pending in this District, including, *In re Paragon Offshore plc, et al,.* chapter 11 cases (Lead Case No. 16-10386 (CSS)), *Prospector Offshore Drilling S.à r.l., et al,.* chapter 11 cases (Lead Case No. 17-11572 (CSS)), *In re TerraVia Holdings, Inc., et al,.* chapter 11 cases (Lead Case No. 17-11655

3

(CSS)), *In re Aerogroup International, Inc., et al.,* chapter 11 cases (Lead Case No. 17-11962 (CSS)), *In re Southcross Energy Partners, L.P., et al.,* chapter 11 cases (Lead Case No. 19-10702 (MFW)), *In re Forever 21, Inc.*, chapter 11 cases (Lead Case No. 19-12122 (MFW)), *In re TPC Group, Inc. et al.,* (Lead Case No. 17-11962 (KJC)) and *In re Terraform Labs PTE. LTD et al.,* (Lead Case No. 24-10070).    The Fee Examiner also has served as fee examiner in the following large chapter 11 cases *In re Purdue Pharma, L.P., et al.,* chapter 11 cases (Lead Case 19-23649 (SHL)), *In re Endo International Plc., et al.,* chapter 11 cases (Lead Case 22-22549 (JLG)) and *In re Spirit Aviation Holdings, Inc., et al.*, chapter 11 cases (Lead Case 25-11897 (SHL)) in the United States Bankruptcy Court for the Southern District of New York, *In re Rite Aid Corporation, et al.,* chapter 11 cases (Lead Case No. 23-18993 (MBK)) in the United States Bankruptcy Court for the District of New Jersey, *In re The Roman Catholic Bishop of Oakland*, chapter 11 case (Case No. 23-40523 (WJL)) in the United States Bankruptcy Court for the Northern District of California Oakland Division and *In re The Roman Catholic Bishop of San Diego*, chapter 11 case (Case No. 24-02201 (CBL)) in the United States Bankruptcy Court for the Southern District of California. In addition, some of the professionals involved in those cases are involved in the Debtors' case as well.

12.    To the best of my knowledge, information and belief, neither I nor any member or attorney of my firm, holds or represents any interest adverse to the Fee Examiner and the Debtors' Bankruptcy Estates which would disqualify it from representing the Fee Examiner, and BK is a disinterested person as defined in 11 U.S.C. § 101(14).

13.    Furthermore, to the best of my knowledge, information and belief, neither I nor any member of my firm is a relative of any of the judges who serve at the United States Bankruptcy Court for the District of Delaware, including Judge Thomas M. Horan, the presiding judge in this case.

4

## PROFESSIONAL COMPENSATION

14.     Section 328(a) of the Bankruptcy Code authorizes the employment of a professional person on any reasonable terms and conditions of employment, including on an hourly basis. BK intends to apply for compensation for professional services rendered in connection with this case subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by BK. BK has advised the Fee Examiner that the current hourly rates applicable to the principal attorneys and paraprofessionals proposed to represent the Fee Examiner are:

    a.   Thomas D. Bielli (Member) - $525.00 per hour;

    b.   Associates and of counsel - $225.00 - $425.00 per hour; and

    c.   Paralegals, paraprofessionals and law clerks - $195.00 - $275.00 per hour.

15.     The hourly rates set forth above are BK's 2026 standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate BK for its work and to cover fixed and routine overheard expenses. It is BK's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for working meals, computerized research, and copying and mailing charges from outside vendors and transcription costs. BK will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to BK's clients.   BK intends to seek compensation for all time and expenses associated with its retention in accordance with sections 330 and 331 of the Bankruptcy Code and any orders of this

5

Court, including the preparation of the Application, this Declaration, and related documents, as well as any monthly fee statements or interim or final fee applications.

16. In addition to the hourly compensation of its professionals, BK will incur a monthly expense of $5,500.00 for the costs of Legal Decoder, Inc., whose fee data analytics software the Fee Examiner plans to use to assist in performing his analysis in this case. This monthly cost is directly attributable to this case and is based on the size of the case and the number of professionals who fee applications are to be reviewed. BK will seek approval of this expense in all monthly, interim and final fee applications that it will file in this case.

17. BK was retained by the Fee Examiner on July 1, 2026. BK has received no compensation related to the Debtors or this case either before or after the Fee Examiner retained BK.

18. Other than as set forth herein, there is no proposed arrangement to compensate BK. BK has not shared, nor agreed to share (a) any compensation it has received or may receive with any other party or person, other than with the members, partners, counsel and associates of BK, or (b) any compensation another person or party has received or may receive.

19. In compliance with section D.1 of the United States Trustee Large Fee Case Guidelines, the following disclosures in paragraphs 20-23 are provided.

20. Did BK agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement?

Answer: No.

21. Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Answer: No.

6

22.     If BK represented the client in the 12 months prepetition, disclose its billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.   If BK's billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

> Answer:   Not applicable for this particular case. However, BK has represented the Fee Examiner in other cases within the last 12 months. BK's billing rates for the past 12 months are as follows: Members - $350.00-$500.00; Associates and Of Counsel - $225.00-$425.00; and Paraprofessionals and law clerks - $125.00 - $275.00. There have been no material adjustments in billing rates in that time.

23.     Has the Fee Examiner approved BK's prospective budget and staffing plan, and, if so, for what budget period?

> Answer:   Yes, and budget/staffing period is for the first 6 months of the engagement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 23, 2026                              */s/ Thomas D. Bielli*
                                                  Thomas D. Bielli

**Exhibit 1 – Parties-in-Interest**

## Interested Parties List

**Debtors**
Reliz Technology Group Holdings Inc.
Reliz Technologies LLC (Illinois, USA)
Reliz CI Ltd. (Cayman Islands)
Reliz Ltd. (Cayman Islands)

**Current and Former Affiliates**
BlockFills AMS LTDA (Brazil)
Reliz Technologies LLC (Wyoming, USA)
Basis Group Holdings, Inc. (Delaware, USA)
Basis Capital Markets UK Limited (United Kingdom)
BlockFills Digital Markets Ltd. (Cayman)
BlockFills Advisory FZCO (Dubai, UAE)
Cerus Digital Asset Management, LLC (Illinois, USA)
Cerus Digital Master Fund SPC (Cayman Islands)
Cerus Digital Offshore Fund SPC (Cayman Islands)
AB "Pirmasis blokas"
BlockFills Digital Markets EU Limited

**Current Directors and Officers**
Joseph Perry
Nick Hammer
Gordon Wallace
Neil Van Huis
Brian Zboril
Mark Renzi
Gabby Kusz
Ross Kleiman
Adam Krauszer
Brian King
Dan Schak
James Wilson

**Former Directors and Officers**
Nick Hammer
Amy Shelly
Neil Van Huis

**Debtors Professionals**
Katten Muchin Rosenman LLP
McDermott Will & Schulte LLP
Berkeley Research Group, LLC
Verita Global

**Committee Members**
SBI VC Trade Co., Ltd.
Dominion Capital LLC
Karol Przybytkowski
Jeffrey Brandt
Tod Skarecky
Energy Conversion Group

Fuel Labs Inc.

**Committee Professionals**
Morris James LLP
FTI

**Ordinary Course Professionals**
Korn Ferry
HR Experience
Harney Westwood & Riegels (Cayman) LLP

**Banks**
Burling Bank
Byline Bank
Banking Circle
OpenPayd
BCB Group
Customers Bank
Silvergate
Signature

**>5% Equity Holders**

K&H Crypto LLC
P3K LLC

**Institutional Lenders**
EDX Clearing LLC
Cainvest International SA
Equities First
Maple Finance
Poseidon Digital FV No 4 (BVI) Ltd
Two Prime Lending

**Lenders and Secured Creditors**
Celsius Network Ltd.

**Litigation Parties**
Powertrade
Aexa Bankruptcy
Coinsource
Dominion Capital
1548199 Alberta Ltd.
Robert J. Bertram
Coalition Insurance Solutions Inc.
Menora Mivtachim Insurance Ltd.

**Insurance Companies**
Sompo
Convex
Markel American Insurance Company
Blue Cross Blue Shield of Illinois

**Employee Benefits Providers**
Accrue
Blue Cross Blue Shield of Illinois
Principal
Hanover Insurance Group

**Landlord**
Birken Lofts LLC

**Vendors**
4D Chess Consulting LLC
ABIDE Consulting
Actant Inc.
Acuiti Business Intelligence
Adki Ventures LLC
Amazon Web Services Inc.
Andrea Kerma
Andrea Kerma (GBP)
Ark Transportation Ltd
Audley Management LLC
Auro Digital Inc.
Baker Tilly (Cayman) Ltd.
Balance
Barry Crawford
Barry Crawford (GBP)
Bill Schneider V
BitCruiser Incorporated
BitGo
Blockchain Rio
Bloomberg Finance LP
Blue Cross Blue Shield of Illinois
BPM LLP
Brian Dema Group LLC
BSO Network Inc.
BTC Inc.
BTC Prague
Buddha Beach LLC
BuySellAds
CAC Specialty
CadenceSEO
Campbells
Carolina Mozer
Carvalho Borges Araujo
Catalyst Fund Administration
Cayman Islands Government – Ministry of Financial
Services & Commerce
Chicago Blackhawks Hockey Team Inc.
Circumference FS
CME Group Inc.
Co-Create Incorporated
Cogency Global
Coin Alts LLC
Coin Lion LLC
Conor Molloy
Copper Technologies (UK) Ltd.

CORT Business Services Corp
CROSSx Technologies Ltd
CryptoUK
Crystal Clear Communications
Cypator
Dale Langley Solicitors
Daniel Swasbrook
Dean Bevens (GBP)
Dean Bevens (USD)
Default Tax Agency AE
Default Tax Agency BR
Demetrios Zamboglou
Dialog Enterprises Inc. DBA Spellbook
Digital Gamma Inc.
Done Deal Promotions
Dory Creek LLC
DSNB LLC
Dubai World Trade Center
Elliptic Inc.
Energy Conversion Group
Enreach
FE Swiss Financial AG
FIG Markets Limited
Fireblocks Inc.
FisherBroyles LLP Attorney Operating Account
Five Star Creative Group Inc.
FKBS LLC
Fordefi Inc.
Fox Swibel Levin & Carroll LLP
Frontline Real Estate Partners LLC
Futures Industry Association
GIS Benefits
Global Fund Media Limited
Gofaizen & Sherle
Greenacre Branding
Guideline
Harmonic Solutions LLC
Harney Westwood & Riegels
Hash House Tech Inc.
Heckman Services LLC
Hexaco LLC
Hub International
Hub International Midwest West
iConnections LLC
IDA Finance Hong Kong Limited
Iress
James Schreiber
Jay Millar (GBP)
John Elliott
Kelli Anthony
Konica Minolta Business Solutions U.S.A., Inc.
Kroll (CDAM)
Kroll LLC
Land on Top LLC
Latham & Watkins LLP
Le Mai LLC

2

LSEG (Previously Refinitiv US LLC)
Maximilian Pace
Recapitalization Engagement
Medcom Benefit Solutions
Megan Rochlin
Mountain Business Center
Muinmos
Naples Family Office Global Investments
Symposium
Nelogica
Nirvana Technology Solutions LLC
Ontario 401 LLC
Oracle NetSuite
Paradigm Connect Asia Pte. Ltd.
Pedro Rios
Phaidon International (US) Inc.
Progresshigh
Ray Nasser
Real Vision Group SEZC
Regiment LLC
Revelate Data Monetization Corp
Rimon Law
RSM
Ruta Kazakiene
Sachin Patel
Sachin Patel (GBP)
Salus GRC
Satoshi Round Table
SRAX Inc
Steve Penfold
Stewarts LLP (USD)
Tabb Group
The BGC Group
The Horton Group Inc.
The Tie Inc.
Tourial Inc.
Traders4ACause
Tradestation Group Inc.
Transform Ventures LLC
United Health Care
Vanta Inc.
Vibe Analytics Inc.
Virtual Assets Regulatory Authority
W Connect
West Texas Digital Mining OZB LLC
Will Vogel
Will Vogel (GBP)
XMS Capital Partners LLC
Zetoya
Ziliak Law LLC
ZoomInfo Technologies LLC

**Customers**
Koku
Decentralised Capital
Ardata

Sonar Trading
██████████
Cryptos Fund
Crypto Souk
JM Financial
Crypto Broker
Moonbird
QCP
RFO
HRTJ Ltd.
Blockbay
DW Capital
New Globe Resources
Blockvest
Coinmetro
██████████
Coin Lion
██████
Do Some Marketing
Iterative
DV Chain
Mung
XYZ Investments
████████████████████
███████████
Alpha Wealth Management
GSR Markets Limited
Element trading
Currency Pi
Dexapoint
Shift Markets
BCRS2
██████████
Verus Trade Limited
██████████
Trade.io Ltd.
Southern Cross Traders
Innovations Ltd.
██████████
Coinsquare
Vintech Capital
Kungana
Scandinavian Capital Markets
OSL
Enigma
Blockchain Nordic
Coinzoom
Trigon Trading
Higrove Management
Hehmeyer
██████████
Epro Digital Ltd.
Orca Services Ltd.
Criptohub
Marvel Dealings
Mercury Digital Assets

3



GPD Holdings
Forte Securities Limited
K&G Lawyers for International Business and Tax
Law GmbH
Moveblock Capital limited
D & K Consulting

PFYN Advisory
Benedict Advisors
Mayor & Son

BCSS3
Strategy Fund 21
Blue Flag
Hive Empire Trading pty Ltd.
Exmo Finance
Drillbitz
Millionista Investment Hub LLC
Genesis Block OTC Limited
Alameda Research

AMS Attorneys
Hudson Oak Partners

Oriental Fortune Development Ltd.
WMM Capital Advisors
Universe Connect
Tilde Pte
Point 95 Global
Bitnational
BitFive
Vesper Capital

Cointree

Power block coin
Casey Block Services

Patterson Ventures
Future Technology Investment
Grapefruit Trading
Keypay
XBTO
CDA Holdings LLC
Natural Zesty Enterprise

C2 LLC
FBG Ecology
Merit Force Enterprises Limited
Metropolitan Retail Capital LLC

4BR

Healthcare Hospitality Group
Romet Investments
International Insurance Consultants



Fidenzia AG
Virtual Exchange
The Green Exchange
Flow Traders BV

Valorex S.A.S
Ikigai opportunities master Fund Ltd.
Consultix S.A. de C.V.
US Gold Investors Inc.
Nexo Services OU
Kryptos-X Global Ltd.
Bitmeex

Layer 2 Brokers OU

Mercury Digital Assets Exchange
Bitcross Pte Ltd.
Celsius Network Ltd.
CryptAM Holdings Limited
72M LLC
BHPT OU
Unionblock LLC
Ecom Asset Securitisation Inc.
August Light LLC
Global ABA SA
Windy Financial LLC
D & R Canadian Investment Group Inc.
Verde Holding LLC
DJJ Consulting

Gold Dimension Group Limited
AC Holding Limited
SmarTrade Exchange Services Inc.
Dunamis Trading (USA) LLC

Premium Holdings Group Inc.
B2C2
Huerta Consulting
Fingenom EU Limited
One World Services LLC
TH-JEMS Marketing LLC
US Gold Exchange Inc.
Hex Technologies Pte Ltd.
MX3 Data Storage Inc.
Servicios Tech Latam SA
SK4IG LLP
Medallion Capital Finance LLC
Koine Money Ltd.

4

Full Mettle Ltd.
Three Arrows Capital Ltd.
G20 - Hermes Advisory Ltd.
███████████
Balu Capital Inc.
Protrade Group Limited
BCRS Ventures LLC
███████████
Blockchain Opportunity Fund
BK Offshore Fund Ltd.
Johco LLC
Geometric Investments SA
Keyrock
Amber Technologies Limited
DarkMatt3r
Handschuh Enterprises Inc.
███████████
Ledger Prime Digital Asset Opportunities Master Fund LP
eToro Group Trading Ltd.
GVA Special Opportunity Fund
███████████
Uberstate Inc.
GRS Markets Pte Ltd.
Merkle Capital LLC
OmniPrime LLC
Liquibit USD Market Neutral Arbitrage Fund
Amazingtech Pte
███████████
Definer
DDH Digital Data Hub GmbH
Drawbridge Lending LLC
Digital Asset Management Limited
███████████
Nexo Capital Inc.
Digihost International Inc.
Wintermute Trading Limited
Organo Gold Management Limited
Murray Distributed Technologies Inc.
LUOJI2017
MA Consulting LLC
Quidax Technologies Limited
Variance Holding Kft
SurfTheWeb Ltd. (UK)
Sibex AG
JPC Solutions SRL
Li Canal Holdings Limited
Hawksnest Capital LLC
DSNB
Rounders LLC
SBI VC Trade Co Ltd (FKA Tao Tao Inc.)
Bitnancial Monetaire LLC
Cali Gift Ltd.
Kamca Trading SA
Conduvidas LLC

DC Invest Limited
Gallant SVG LLC
Tradestation Crypto Inc.
███████████
FiveWest OTC Desk (Pty) Ltd.
SFOX Pte Ltd.
Core Scientific Inc.
Achieve Capital Group
EastWest Advisors
Adapto Law Professional Corporation
BTC Africa SA
Cred Capital Inc.
Red Team Investments
Toshimart Inc.
Argo Innovation Labs Inc.
Vaerus Mining SPV2
IBMC International DMCC
███████████
Plutus Lending LLC
███████████
Digital Asset Redemption
Retorna Holding Spa
PT Indodax Nasional Indonesia
███████████
SupportMart Inc.
Rangreeta Seva Association Inc.
███████████
Intertrader Global SA
███████████
CrossTower Inc.
Critical Ideas Inc.
Fulcrum Holding AG
JD Euroway Partners LLC
Kraken
MatrixPort Technologies Hong Kong Limited
███████████
Areca Financial Services Inc.
Skipti Inc.
███████████
Hut 8 Holdings Inc.
███████████
Sand Camel Logistics Ltd.
Solutions Logistics PA
Softech Intl Co
Puget Sound Investments LLC
Digital LLC
Shanghai Soyitech Information Technology Co LTD
Joyeria Papidu SA
███████████
Blakstone Energy Ca Co
Corporacion Amilayla SA Co
Inversiones Thunderland SA Co
MB World Group LLC
Secure Cash LLC

5

New Vision Global Prime Fund SPC - Prime Advantage SP



DLCC LLC
Tower 18 Fund LP

Aspen Lake LLC (DBA Coin Genie)
Terraform Capital KKC
Alliance Tech OU

Arso Capital
Nexinterexchange OU
Hideo Ventures SAS
Decryption Capital Partners LLP
Unocoin Technologies PVT LTD
HAN ehf
Bcube Capital LLC
Pantaresa Investments Limited
Harmonic Dealings Limited
Capital Investment Technology SA
Zerocap Pty Ltd.

Rixos Strateges Kft
Babel Holding Limited
QR Company SAS
Atlas Power LLC
Triplus Ltd.
Lavrium LLC
Focus Vision DMCC
ACG Accounts Inc.
Bitazza Company Limited

True North Data Solutions Ltd.
Mark Strome Living Trust
Strome Mezzanine Fund II LP
Valltech Spa (dba - IBITT)

Pathfinder FX ltd

RTI Tech Infratsructure GP, LLC
1Konto Inc.
Amon OU
Alt 5 Sigma Canada Inc.
Bitazza Corporation Limited
Value Chain Ventures LLC
DGAM Trading LLC
Reyes Tile Service Co
Crosstower Bermuda Ltd.
CBLive Services

B Blue Technologia E Servicos Digitais S.A.
Petticoat Contracting Inc.
ProGloBix LLC

SocialCTR Solutions LLC
Makes Exchange Servicos Digitais LTDA

Velocity American Energy Master I LP
LD Capital
Hamilton Opportunity Fund SPC
Dominion Capital LLC
Limitless Asset Management LLC
Commercial Services Limited
Quatra Tech LLC

Crypto -Pal LLC

Nexus Markets LLC
FOMO LLC
Bitquery Inc.
IBI Arbitrage Limited Partnership
Tai Ping Shan Limited
Blockx IT Labs Private Limited
GMS Technologies
Oleoco IT Labs private Limited
Crypterium AS

Ygondine W Sturdivant Descendants Trust
Global Intermodal Equipment Services Inc.
Triple T Farm Trust
DeriRanch LLC
Aurum Capital LLC

Larvitar technologies Private Limited

Clyp LP

DKT Trading LLC

Zesion OU
Sirona LLC
Sortino Partners Pty Ltd.

Cropweb Solutions Private Limited
Zero X LLC
Moneybite Ltd.
DR Holdings Limited

Pelicoin LLC

Fearless Legends Pte Ltd.

SEPA Cyber Technologies EAD

BTM Processing LLC
G Nimo Investments Ltd.

Allrise IP Holding

Sourdough Miners LLC
Reliance Holding Investment Ltd.
Acek Technologies Private Limited
Hehymer Trading AG
AlphaPoint Global Ltd.

Blockben Financial Services OU

Mass Trading Academy Inc.
Finco Services Inc.

JM Beam Group Consulting SL

KPI -AI Pty Ltd.
Blockfort Limited OU

Shawk Labs Private Limited
Akro Investments Limited
COMERCIALIZADORA DEL VALLE DE
MEXICO DE BIENES Y ACTIVOS MARCYCO

LDGR Infrastructure Solutions
H2cryptO Corp
2618249 Ontario Corp

SITEC 4.0 S.A.S

UTXO Management LLC

Tower 18 Fund II LP
DCI Technology Limited

NorthStar Technologies LLC

Teracel Blockchain Fund LLC
TKO Property Group
HYPER Technologies EOOD

OTCIS LLC FKA OTC Investment Solutions LLC
Dunamis Trading (Bahamas) Ltd.

Ad Stream Inc.
MidChains Limited
Payler EU OU
Avencia Digital Ltd.

Based LP
Tiny Ventures LLC
Fassett Management (Bahrain) W.L.L

Rakuten Wallet, Inc.
GEMD LLC

Innovative Concepts AG

Blockchain Access UK Ltd.
Fidustrade LLC

Fanoma Technology Private Limited
MyBlockX
Morex Investments International LLC

Strike Services LLC
Hamilton 2012 Gift Trust
Xidex Labs Private Limited
Servicios Integrales Especializados Minnesota
BidX Global

Ottay Holdings
Equities First Holdings LLC
xBase Digital Incorporated
Leatherback Ltd.

W&V PA I LLC
RYKI Inc.
WAF Colombia SAS
Inbestgo Gt
Harbor Trade Credit Series LLC

Blue Flag Holdings LLC

Benaiah Digital LP
Cache Group LLC
Capio 401K
TopCoin Management OU
Blockmetrix


Systematic Trading Associates Pty Ltd. (FKA Sortino Partners Pty Ltd.)

DIFX Limited

OHY LLC

Blockoville OU

Optimus

R and B Admon Legal Contable

Katena Computing Technologies Inc.

TYMIF Coin Ventures LLC

TSW PTY LTD.

Wakem Global Opportunities Fund LP

Wakem Digital Arb Fund LP

Dunamis Trading III Ltd.

Artha Investment Partners LLC

Connectee OU

Michael Mitchell LLC

Patagonia Building Supplies Inc.

The Giving Block Inc.

MetaYield LLC

BKCoin Capital LP

Invictus Ventures Ltd.

Pimlico Partners FZCO

Disruptive Studio Inc.

Telmo Tech SAS

Beplix Solucoes Tecnologicas E Intermediacao Ltda (FKA MOZZATTO CONSULTORIA E INTERMEDIACAO EIRELI)

FV Bank International Inc.

DRH Asset Management Limited

FE Swiss Financial AG

Sara Technologies Inc.

All Smiles Family Dentistry LLC

Digital Management Ltd.

Digital Software Technology Ltd.

Firewater Lodge LLC

Praxis Opportunity Fund LLC

GRIP Investments (Cayman)

Saas Management Inc.

HashWatt Inc.

Vertical Web Markets LLC

Capital6 Eagle Fund LP

AAO Technologies Ltd.

Odum Group Ltd.

Amzaleg's LLC

Upper Clapton LLC

Moross Limited Partnership

OTC DIGITRA.COM ATIVOS DIGITAIS LTDA.

BNK Services Ltd.

Maas Ltd.

Vexter Limited

Transfero Brasil Pagamentos SA

UniTrust Global Limited

Quantum Ethereum Max Fund LP (ABRA)

Dantown Assets Limited

NJH Heritage Founder LLC

James and Pamela McVaugh Trust

McVaugh Custom Homes Inc.

Enhanced Digital Group Inc.

Lion Family LLC

1000036020 ONTARIO INC.

HAMN20210622 LLC

Dennis R Conklin Trust

BTC Traders PTY LTD.

Cicada Capital

Decimal Digital Currency I LLC

America's Charities

David Yarian 2021 Irrevocable Trust

B2BX Digital Exchange OU

Chase Digital LLC

Teracel II LLC

BOSS BSV LTD.

New Alchemy Capital Investment Manager LLC

AM Consulting LLC

Decentral Capital Inc.

DFLP LLC

Black Creek Digital LLC (FKA Black Creek Crypto

LLC)
Blockchain Power Corp
████████████
MAB Capital Management LLC
Hedera Information Technology
Crescent City Capital LP
Tesseract Group Oy
UAB Exmo Exchange
Braintech Technology & IT Solutions Ltd.
UAB CatBit
████████████
Corales LLC
████████████
Vaucluse Asset Holdings (Cayman) Segregated
Portfolio I
210K Opportunities LP
████████
GMO-Z.com System Trade PTE LTD.
████████████
Fivancial Inc.
GP Capital LLC
Amparo and Co LLC
████████
BTC Inc.
RAMJ Properties LLC
24 Exchange Broker Limited
Aspire Digital Gold LLC
Coinify ApS
Innovation Consulting Trust
Freedom Finance & Property Services LTD.
Foxwallet (Pty) Ltd.
Terrell OZ Fund LLC
A&A Financial Consultancy Limited
████████████
Eselman QOF LLC
Invictus Alpha Limited
PACT Group LLC (ABRA)
GEMD LLC (ABRA)
Senna SpA
Laxch UAB
ChainEX Pty Ltd.
Scartesu Limited
Moniflex Australia PTY LTD. as Trustee for The
Stylis Super Fund
Exprimere Holdings Ltd.
Babylon Capital Ltd.
████████
BE Properties II LLC
Trillion Capital Markets Inc.
Diffuse Digital StableFi LP
Sphinx International
Agora PCC Limited
Leary Holdings LLC
Floating Point Group International LLC

Conley Invest & Trade Inc.
AEXA Digital Infrastructure LLC
Empresas en Proyeccion inc (ABRA)
Clayton Investment Holdings Limited (ABRA)
Divento Financials Limited
North Wellness Inc.
Fernwood Global Inc
MBIT LLC
████████████
Kotani Pay Inc.
Crypto Mining LLC
Nogle Limited
Cyberdyne Tech Services Pte Ltd.
████████████
Network Direct Corporation
Cosmocor LLC
Cainvest International SA
Ace Online Inc.
2030 Bit Fund LP
Bit Swipe Inc.
Maxbit Digital Asset Co Ltd.
Origin Capital LLC
Terraform Capital Europa Fund LP
RBFC Global Ltd.
Ponderay Data LLC
████████████
Baires Capital SRL (IB)
Family Stations Inc.
The Jeffrey Aaron Shapiro Revocable Trust dated
12/5/2007
████████████
Quantome
IT Matters Inc.
Quasar Capital Fund I LLC
Capital6 LLC
Binayah Real Estate Brokers LLC
████████
Orbit Digital Holdings Ltd.
BLK VLT Ltd.
Indra Comercializadora de Energias Limitada
Andrew@Son ltd.
Merkle Standard LLC
Mansu UK Limited
TAAL Distributed Information Technologies Inc.
TK Associates Pte Ltd.
Trinity Mining Group Inc.
████████████
JPK Family sro
100 Acres LLC
TECH-BIT INC.
Arative Holdings LLC
Olibank International Inc.
DMW Revocable Family Trust dated September 8
2021

Fit for Fun Inc.

Ubicar International Consultants LTD.
FLIX PAYMENTS LTD.

Professional Window and Glass Inc.
Finchain Consulting LLC
Profluent Trading Inc.

BitHome Inc.
Patricia Technologies UAB
Rush Lawn Care & Design
Leonie Hill Ai Pty Ltd.
Bit5ive Mining Fund LP

Digimax Global (BVI) Inc.
Wave SMA 1010 Ltd.
Smudge Ink Corp
Pythagoras Offshore Fund

DKK Partners LTD.

Modern Foundry Inc.
Senda Digital Assets LP
Blanchard Enterprises Corp (ABRA)
Engineered Lining Systems Inc.
Huaan USA Investment Corporation Inc.
MYY TRADE LTD.

BRMF LLC

Bespoke Service Company LLC

zOS Global Limited

Clark Sharp and Reynolds LLC
Trillion Trading Limited
Ascension Capital management Limited
Hamilton Investment Management Ltd.
Jordnaer ApS
Aberworth Marketing Management
CurPay

Shalder Technologies Inc.
Target Global Digital Assets Master Fund SPC

Bastion Worldwide Limited
Andara Holdings Societe Anonyme
Stratagem Global Corporation
Honeybear Crypto Club Fund 1 LLC
Xbase Digital UAB

Block Matrix Limited
Secap Holdings LLC

CryptoFi Inc.
Coldesi Inc.
INVESTTY CREDIT GESTAO EMPRESARIAL LTDA
BKCoin Multi-Strategy Master Fund Ltd.
Power Fintech LLC
UAB Payperless
Saracen Digital Asset Fund LP

EB Traders Ltd.
TNWOIH LLC

Kemblemire LTD.
Halister Trading Corp
The Hearth Trust
Translaminal Inc.

PI Digital AG
Sigma Broking Ltd.
Arda Finance Corp
UNIDEX LABS PRIVATE LIMITED
NJH Heritage Founder LLC ABRA
FOXBIT SERVICOS DIGITAIS SA
System 9 inc.
SpotX Capital Markets LLC
UAB Koncika
Okenite Capital SA de CV
Disruptive Servicios Financeieros SAPI DE CV

Magenta Corporate Services SARL
T3 Global Trading LLC (FKA T3 Futures Trading LLC)
Folkvang S de RL
Arlington Digital
ShareRing Holding Ltd.
BRMF NY Corp

BO SHEN
STS Digital Ltd.

Coinmatch Ltd.

Chase Digital LLC LTD.

Sigrun Research LLC
Digital RFQ Limited
UAB Lithex
BITCOINFORME SL
Edefi Crypto Fund LLC

10

Royalton Partners SA
AnB Investments SPC
SH Digital Assets DMCC
Paean Property Assets Limited
Coinfund Liquid Opportunities LP
Block Theory Capital Pte Ltd.
Pebble Financial Inc.
Fenbushi Inc.
MetalStudio Games OU
Merov Institute LLC
Rockford Holdings LLC
Solomon Data Systems LLC
Edge DeFi Master Fund LP
LevelField Financial Inc.
Candlewood Spectrum LLC
CODA Lab Ltd.
Libertas Fund LLC
███████████████████
Ensemble Financial Inc.
███████████
Nova River LP
CRIPTAN TRADE SL
Spyglass Ventures PR LLC
████████████
RRAC Investments LLC
TPAC Capital LLC
OnePointTwo Capital Management Ltd.
███████████
FLATBOOK FZCO
Synos Corp
█████████████████
Neon Genesis Pte Ltd.
Orcabay Ltd.
Golden Eye Capital Limited
████████████
IRS Partners No 30 LP
SHEESHA TECHNOLOGIES DMCC
ComCopious Limited
Bequant Pro Limited
Stillman Digital LLC
KS Solanji Ltd.
Anaheim Technology Ltd.
ComCopious California Inc.
KoinKoin Ltd.
Liquid Latam Ltd.
Cabital Fintech LT UAB
Cred Inc Liquidation Trust
Beam Houses & Pools SL
Campsor LTD.
TURIYA ANALYTICS GESTAO E
INTERMEDIACAO LTDA
████████████
Baers Crest Canada Inc.
█████████████
Dups Tech FZE
Novitrade Ltd.

Braddan Woods Limited
Millenia Capital Casa de Bolsa SA
CLTS Technologies Ltd.
Orionx SpA
Poimen Trust
Childly Corporation
Orbit Markets Pte Ltd.
Kyte Broking Limited
Unmapped Digital Mining Ltd.
Pebble Financial
Valantis Tech Group
CTC Gate OU
Performance Trading Partners Inc.
Eniac Ventures V LP
Prime Blockchain Inc.
AJX Group Inc.
Farlo Trading LLC
Lucy Labs Flagship Master Fund SPC
██████████████████
Bumblebee Digital Corporation LLC
UAB Lodamina
Kravata SAS
Artha Investment Partners LLC
Treebu Capital LLC
KJMC Phoenix LLC
Hashdex Nasdaq Crypto Index ETF
Sereno Properties Ltd.
Delos Liquid Asset LP
Bitfi Tech Solutions SL
█████████████
Mishpachati LLC
Hartmann Digital Assets Fund LP
ECBR LTD.
SolCap Services LLC
Liquidity One AG
MFXC LTD.
Salem Asset Management LLC
NUCL Technologies Inc.
Stealth Ecosystem Development Ltd.
MultiExchange UAB
ON HOLD Zodia Markets UK Limited
Charlesworth Research LLC
Syncretic Capital Master Fund LP
Bitstan LLC
Selmiro SAU
KPC Tech OU
███████████████
Exupery SAS
████████████
Energy Conversion Group LLC
Mudrex TR Holdings UAB
2GO ADMINISTRACAO E PAGAMENTOS
LIMITADA
Mondu Inc.
██████████████
Bitfarms Ltd.

11

Neos Bitcoin High Income Trust



Falcon Family LP
Grafton Street Trust
Twin Shores Wealth Management LLC

UAB Eurlita
Mangusta LTD.
Coindex Capital Cayman SPC
Bybit Fintech Limited
QCFX Tech LLC
ROI Developers Inc.
VeroWay Fintech AG
Asha Multistrategy Master SPC Ltd.

Rhodium Technologies LLC

Six Trees 2020 LLC
Transferswap UAB

Caspian O and G Trading
MJL Digital Equity fund LP
Portofino Technologies AG
Ledn Inc.
Pink Piggy Investment Group Incorporated
Gloebal Ltd.

CoinPanel OU
Grootbit Brasil Capial LTDA
URUS TECNOLOGIA E PERFORMANCE LTDA
Montrose Holdings LLC
1A1 INTERMEDIACAO LTDA
Alpha Geek Technologies Nigeria Ltd.
SWIFT INTERMEDIACAO LTDA

Cielo Technologies LLC
Payline Global Limited
Capital College LLC

Elite Consultants Ltd.
Kiire Capital SA
Stablehouse Ltd.
Alvosta UAB
OR Blockchain Investments LLC

SDM Financial Inc (FKA SDM Markets Inc)
Bullpix Solutions LLC

BeePay X UAB
Alpha Trade Pty Ltd.
Waan Exchange Company Limited
Mex Digital Pty Ltd.
Ebonex Australia Pty Ltd.
Mercado Bitcoin Serviços Digitais Ltda

New Digital Technologies LLC
Fame Capital Pty Ltd.
Kronos Asset Management



Pishonhead Global UAB
CAI Group Spolka Z o O
CryptoBeam LLC
Knightsbridge Co Ltd.
SR Finanzmann Ltd.
Beam Group EOOD
LOKAHI INTERNATIONAL BUSINESS LTDA
Servicio Derkleens SA de CV

Rockwallet Limited
Kiiglobal SAS (FKA Kiire SAS)
Benaiah Digital Fixed Income LP
Asia Digital Derivatives Exchange Pte Ltd.
Xapo Holdings Limited
Smart Techz Solution Ltd.
MK4 Capital LLC
Leticia Feller Pereira LTDA
G 20 Advisors AG
Floating Point Capital Fund LP
Rhapsody Inc.
Star Leap investments Limited
Faber Leonardo Gutierrez Rubino

MPCH IO Labs Inc.
UAB Evalect Digital

DePower Co Pte Ltd.
TransGlobalSystems Incorporated
EdgeIn Inc.
Byte Mine LLC
Blutrade Information Technologies Trading International Offers Inc.
K and K Data Service Inc.
AC Recycling LLC
Leopad Construct Services LTD.
Ninsu Pay Ltd.
Stryde Inc.
Morphosis Blocks SRL
Hadjpadj Technologies LLC
Bantam Digital Assets Fund LLC
Digital Tech Group LLC
Megadodo Technologies Ltd.

COINMENA BSC CLOSED
Golden Contractors Ltd.
Haddonfield Asset Management Inc.
World Credit Savings Limited
Global Escrow Services LTDA Corp
Scrypt Solutions Ltd.
Gate Global Corp
TITANIUM CRIPTO STRUCTURE FUNDO

Alianza Financial Inc.
MPGE GROUP LTD.
8 WEALTH FOREVER LLC
GALILEO 1564 HOLDINGS LLC
K2 GOLD DMCC
SPACE TRADING SERVICES LTD.
F2 ADVISORY LTD.
Montes Auri Europe Limited
Wewire Technologies Inc.
US Gold Financial Group Inc.
Queen Capital Finance Limited
Block3 Technology LLC
LTDAF Ltd.
███████████
CALMSEA ENTERPRISE PTE LTD.
CoinChimp LLC
RockitCoin LLC
Bastion Trading Limited
SUD FFW LLC
Style Trade LLC
Sestertium SRL
Impro Group Sarl
HongKong Ebang Digital Technology Limited
███████████
Hachi Ivestimentos LTDA
NDAX Canada Inc.
Meta4 NFT Fund I, LP
Hippo Kiosks LLC
Meta4 Fund Management LLC
DeFinity DAO Inc.
JOC Solutions USA LLC
Aeon International Trust
Secher Incorporated
███████████████
Bitpanda Pro Europe SRL
Knooz UAB
Metatech Holdings
ATTRACTION GLOBAL PTY LTD.
Manifold Capital Flagship Fund LP
Solutions AE Inc.
ESM MARKET LTD.
Enterprise De Conseil Limited
███████████
Blue Ocean Management LLC
Sapphire Unlimited Trust
Blue Hippo Family Trust
Arisepeak LP
Consensus Technology Group LLC
AC Limited
Market Neutral Staking Fund
███████████
Luna Squares Texas LLC
Transborder Ventures LLC
Jenean Holdings LLC
Bolt Crypto LLC
███████████

Arbelos Ltd.
De Consultation Limited
Maeayir Aldhahab Ltd.
ChainFi Inc.
Fidelus Management Services Ltd.
One Trade Capital Limited
BAW TECH LLC
BAW TRADING COMPANY LLC
BAW INTERNATIONAL BUSINESS LIMITED
Nexxdi OTC Limited
MEZAPRO COMERCIO E SERVICOS DIGITAIS LTDA
AGAU PAGOS Y SERVICIOS SA DE CV
Pro 100 Business LLC
Pro 100 Business Limited
INBESTGO GT SA
The SCF Custody SA
Capital4 Trade Limited
Capadola SA de CV
CONSULTORA IBERICA VIRTUAL SL
Pulsar Global Limited
Simon Partners SL
Aspire Ventures LLC
Acronym Ventures Ltd.
CW ATM LLC
███████████
ICAP LLC
Insignia Group Limited
███████████
Infinite Horizons Trust
PL Process LLC
NESSGAM LLC
Ginkgo Fund LP
███████████
LEDN Cayman SEZC Inc.
Crypto Garage Inc.
E-CLOUDZONE TECHNOLOGIES LTD.
███████████
Smart Techz Group Ltd.
Black Techz Solution Ltd.
CBA Services
Shikfix Ltd.
Finwize EOOD
███████
Frigate SA
Quantum Trust Limited
███████████
RYBM Imports Ltd.
Medusa Capital Ltd.
███████
CryptoRica LLC
Mountain Protocol Limited
Pinky Me Ltd.
███████████
SPDY SWISS ALPHA GROUP INC.
1000567192 Ontario Corp

13

Anbruggen Invest SPC Limited Anbruggen One USD SP
Anbruggen Invest SPC Limited Anbruggen One BTC SP
Mercury ME DMCC
UNIQUE FINANCE SOLUTIONS LTD.
Toro Energia SA
Meta4 Capital LLC

MAEAYIR SERVICES LTD.
Smart Vega Holdings Limited
Flipside Crypto Inc.
Forte Tech Solutions PTY LTD.
INWAY AKTIENGESELLSCHAFT
Zaragoza General Trading Ltd.
Viss Ventures Trust
Oobit Technologies UAB
AVANCE FINANCIERO Y TECNOLOGICO SC



Backbone Hosting Solutions Inc.



Sterlex Limited
Sterling Group FZE LLC
Saitama Trust
Transalliance Capital Limited
CryptAM Capital Limited
Vipera LLC
Sanmiguel Capital Investment (Bahamas) Ltd.
Greuceanu Sp z o o
LQ Digital limited
A2E TRADE LTD.

SwapGlobal LLC
DN RLTY Inc.
Waymaker Capital LLC
Dorado Family Holdings LP

Incitus Limited
Heartland Technologies LLC
Quantum Dynamics Ltd.
Coinmagnet Sp z o o
Nascent Limited Partnership
Beyond Technology Consulting LTD.

Chameleon Code DMCC
YOU HUI INTERNATIONAL PTY LTD.
Disruptive Exchange S de RL de CV
Nonco (BVI) Limited
STCM DeFi Fund LP
Karma TDA Nets SL
ANASSI PETROCHEMICAL LTD.

BV Power Alpha LLC
CDAP
Traducion LTD.
Connection Field Services LLC

Coinmint LLC
CryptAM Active Selection Fund SPC Bitcoin Asset Multiplier SP
Bytedex Teknoloji A s
Firi AS
Zolden Private Foundation
LN Energy 7 LLC
Portofino Technologies Switzerland AG
Pirel Ltd.
Kravata Sp z o o
Prime Technology Ltd.
ITSPEHERE Inc.
Clear Junction Digital Limited

River Run Trading LLC
Capricorn Shipping FZ LLC
AccessCoin LLC
PMJ SOLUTIONS PTY LTD.
Multigate Network Pay Inc.

Stvble Sp z o o
TPX Montana LLC
SCB Limited

PLP Technologies LTD.
CRYPTOYARD Sp z o o
Digiplat Incorporated
GND Solutions Ltd.
Karstfin sro
Arrington XRP Capital Fund LP
Continuum Trading SEZC
Stanwell Commercials Ltd.
PYGG Securities Co BV
Coinverge, Inc.
OTC Services DMCC

Must Finance Technologies
HIGHLIO LIMITED
OZ Capital LLC
Unique Digital Assets Ltd.
ABG GROUP LLC
Potimus LLC
Emoji ID LLC

Stratos Liquid Fund LP
Altcoin Research Limited
PayCash FZC LLC
Vicente Ortiz Abogados Y Asociados Slp
NEREO TELECOM SL

14

Kinesis Money UAB
Apex Capital Markets LLC
Solar Quantum Technology Inc.
Kiki Capital Holdings Ltd.
MidChains Trading DMCC
Sur Ventures Fund X LTD.
Kitakami Limited
███████████
SWIFT WASTE CLEARANCE LTD.
L and G Disposables Ltd.
Asics Expert LLC
SL I Company
Archimedes Research Inc.
INTEGRA AG LTD.
Cryptoco PTY LTD.
███████████
Deltasea Trading DMCC
███████████
BILIRA KRIPTO VARLIK ALIM SATIM
PLATFORMU AS (FKA BiLira Teknoloji Anonim
Sirketi)
Apoyo APU SA de CV SOFOM ENR
Spectral Corp Sp z o o
FIDUCIA TRADING NYC CORP
Luxor Technology Corporation
AMBER TECHNOLOGIES BAHRAIN BSC
CLOSED
UAB Kitakami Europe
███████████
The Wisdom od Meditation Trust
Fasset FZE
LN ENERGY 4 LLC
BEUGG FAMILY OFFICE LLC
COWAS International Trading Ltd.
DMA Link Limited
Doherty Capital Investment in Commercial
Enterprises & Management CO LLC
███████████
Finvoka Payment Inc.
Agnostic Fund
███████████
Yulia Ltd.
South Gate Advisors LLC
Frenzi Apps UK LTD.
Hercle SRL
ST Global Markets Ltd.
NEW ERA SOLUTIONZ LTD.
Easy Payments Inc.
███████████
Savvy Wallet LLC
Ketok LLC FZ
Hashdex Nasdaq Ethereum ETF
Hashdex Nasdaq Bitcoin ETF
Crypto Apex Sp z o o

███████████
Falcon Capital (BVI) Ltd.
CBA Services Limited
███████████
Paragon 4 Investments LLC
007 Capital LLC
Ankr PBC
Mondu LLC
DGL INVESTMENTS LLC
███████████
BEAM Solutions LLC
Glorious Sky LLC
Blockhouse Digital Holdings LP
Terabyte Networks Limited
UAB UniPayment
JCVCI LIMITED
Cyber Leap Inc.
Wakem Digital Management LLC
TransTera Technology HK Limited
███████████
Cogitate Ventures FZC
███████████
Turboscale LLC
Reflexive Capital Digital Asset Master Fund Ltd.
OCEAN MARKETING SERVICES LTD.
LIPSCHITZ PROPERTY GROUP LTD.
Fairgate Labs Ltd.
Services Sino Global Inc.
BlockPower Solutions LLC
PRO 100 BUSINESS NY CORP
BlockWyre inc.
Vintox Ltd.
PLBW Studios Inc.
DIGITALKEY INNOVATIONS SP z o o
Chainfrost Corporation Sp z o o
Connolly Labs
Proclus Technologies Limited
T3 Live LLC
Metawander Labs Ltd.
███████████
PRO 100 BUSINESS PTE LTD.
Gawk Enerpower Ltd.
███████████
SDR Marketing and Sales Limited
Kaiserreich Private Foundation
Taxtct Ltd.
EMEKA TECH LTD.
ZCL LTD.
C14 Inc.
Peronova Inc.
Revival Assets Inc.
███████████

15

Netplus Strategy and Sales Advisory Limited
PDUZS SAMEDAY LOGISTICS LTD.
Medaenterprises LLP
Green Global Funding Inc.
Me Mask Solutions Limited
Mazbry Services Ltd.
CLUSTER EMPRESARIAL SRIN AC
Stable Apollo LP
RBCH Ltd.
Moon Pursuit Crypto Fund LP
INMERSION CAPITAL LLC
Sidglo Inc.
Runa Digital Partners LP
HRV SOLUTION LIMITED
Zetatech Services Inc.
DRDANBTC LLC
WEB3 TECHNOLOGIES INC.

Master Investment CISPV I Ltd.

CU D O O

BXM Velvet Gold SRL
Cicada C
Decentral Park Capital II LP
OKAMI MEDIA LIMITED
DLO Trading Limited
Pantera Liquid Token Fund LP
APP Master SL

Black Square Construction Limited

DREAM FINANCE US LLC
Tradecraft Autonomy Fund LP
Store Research Inc.
Howard L Allen Investments Inc.

Takara Ventures LTD.

Differentia LLC
Wise Financial Collection Ltd.

PARADECH GROUP INC.
Coinfusion Sp z o o
Acacia Digital Holdings LLC
Silicon Silk Limited
DYSOPSIS LIMITED
Simple Mining LLC
HEDERA INFORMATION TECHNOLOGY LLC
Nicky LLC
Clear Junction Canada Limited

AYCE Global Inc.
TDP INTERNACIONAL MARKETING E INVESTIMENTOS LTDA
Saint Gemma LLC
GPC3 I LLC
BLOCFIN TECHNOLOGIES LLC
MAABS Trading LLC
Kyoso Oil and Gas Limited
061 Digital LLC FZ
Prestige Barrelled Whisky Limited
QPQ Financials LTD.
SZ Credit Rewards Limited
Keith Bond Ltd.

4WORD SOLUTIONS Sp z o o

Zeply Global UAB
Capital Investment Technology
Ikarus Global Corp LLC
Prime Shan Asia Limited
SWISS ALPHA FUND LLC
SCALOR LTD.
Blue Horizon Global Corp
ARS INVEST CAPITAL FZCO
David Grauman Ltd.
Tower 18 Small Cap Fund LP
DBS Telecommunications Limited
Annamite Limited
Goko Trading Ltd.
Fast Barter SRLS
Alphawave Metal Trading LLC
Foxbit OTC Intermediacao e Custodia Ltda

ALPHAPOINT GLOBAL SA DE CV
ADVANGO LTD.
Wakem Quant Master Fund LP
Indexa South Africa Pty Limited
JettRedd LLC

Key Plus Ltd.
Lumen Digital Oy
SOCIETA ITALIANA INFRASTRUTTURE SRL
Safitex SRLS
Frost Holdings Limited
MHC Digital Fund Services Pty Ltd. as Trustee for MHC Digital Asset Fund
MHC Digital Fund Services B Pty Ltd. as Trustee for MHC Digital Market Neutral Fund
FEEDING THE WORLD EUROPEUK LTD.
Azure Tide Yield Generation Fund
BioImmunitas LLC
ATX DAO
TELCO GROUP LTD.
MAC Capital Management Ltd.

Yenkido Bilişim Hizmetleri Ticaret Anonim Şirketi



Swarith LLC

Hawala Limited
9417 6070 Quebec Inc.

UK ENTERPRISE CONTRACTING GROUP LIMITED
Navicular LLC
Globus Trading Inc.
JSP Legacy Trust
Rize Ads Inc.
Sumo Funds Management Pty Ltd.
Hashnote Master Fund LP
Acacia Americas LP
Aufran Pty Ltd.
DISR INTERNATIONAL HOLDINGS
Americans Fintech SAS
IYH PROCESSING LTD.
Ultimate Sports Inc.

Intellitech Solutions LLC

Libertas Trading Inc.
Northern Data US Inc.
MYNEXX LTD.
Digital Mudra Technologies Limited
Access Capital Funds SPC
Novapago AG
PARABELLUM CAPITAL HOLDING LTDA

Moneo Financial Services Ltd.
Ethan Hunt Automotive LLC
Corvus Research Limited
RockEx Limited sro
Mining Maxi Inc.
Oxobit UAB
RSBM Ltd.
Ionix Labs International Limited
Bitcoin Opportunity Fund LP

Lydiam Ltd.
RB 4JOB NV

Sigma Resources LLC
EXOUSIA LLC
Horizon Digital Service sro
Apolune LLC
Harris and Harris Investments Ltd.
Runa Digital Opportunities Master Fund Ltd.

CSLU Ltd.
MONAXA LLC
STG Bau GmbH
BROOKS AND WHITAKER LIMITED

Garland Blockchain Inc.
Taonga LLC

Alpha Trading LLC
CRP Unio Limited sro
SPARKART GROUP INC.
Nox Trading Ltda
Law Hong Geek
ZC SOLUTION FZCO
Lighthouse Collective Capital Fund Ltd.
Bdou Global Sourcing Limited
VANET SP z o o
Nebula Servicos E Intermediacao De Negocios LTDA
Loam Media Inc. FKA Family Stations Inc.
InDepth Consulting and Trade LLC

Pan Digital Network Limited
AXHR1 Ltd.

Yantel Limited
SBI Data Services Limited

Pan Digital Network Limited (UK)
Cyberaire Global Service Ltd.
Highland Pharmacy LLC

RWA Bridge LLC
Gas Turbines Integrated Services USA LLC

WT SERVICES LLC
Layer2 Financial Inc.
Richard E Ward Revocable Trust
Worldwide Pass GGC OÜ

 GREENWAY PAYROLL LTD.
Montreal Global Service Inc.
Mazel Tov Trading Ltd.
KMK Financial Services LLC
TET GmbH
Frost Intermediate Holdings LLC
Capstone Limited
RocketFuel Blockchain Inc.
BELEGEN LTD.
HOTTO YAZILIM TİCARET AS

Bitcoin National ATM Network LLC
Huadi Trade Limited
M24 CONSTRUCTION LTD.

17

[REDACTED]
Outer Range Payments LLC
Euro Exchange Securities UK Ltd.
WONDERFI AUSTRALIA PTY LTD.
Grapika Online EOOD
Off The Chain LP
Adv. Marketing Limited
AuthPay Ltd.
Xbase Digital Inc.
CTG Infrastructure LLC
IZICHANGE SAS
COLOCA GROUP SAS
Adopt Labs Limited
Coins XYZ Digital Markets LTDA
Tirpitz Technology LandCo LLC
[REDACTED]
XRocket LLC
MF GLOBAL MEDIA BV
3QD RIDGE WAY LIMITED
QATALYST DIGITAL LTD.
AUTOQUEST LONDON LIMITED
[REDACTED]
ADL MANAGEMENT CONSULTANCY LTD.
April 29 Corp
LMP COMMERCIAL DEVELOPMENTS LTD.
JTCONST LTD.
Lepic Limited
BRAZA BANK SA BANCO DE CAMBIO
BrazaUK LTD.
[REDACTED]
IWC Oil and Refinery LLC
[REDACTED]
Gridiron Agency E Commerce Inc.
[REDACTED]
Rainy Daze LLC
NEXALUX ENTERPRISES SL
Osterwetus Sp z o o
[REDACTED]
Borderless Multi Strategy Fund V LP
A2B SOLAR PARTS LTD.
EVITA PAY INC.
EX Treasury Solutions Ltd.
Flagship Capital LLC
BurjX MENA LTD.
Asimit Remittance Ltd.
ENERGLOW LLC
[REDACTED]
Bytenet Solutions sro
The Bard Investments Limited
[REDACTED]
AXIM CAPITAL INC.
COINCALL TRADING Sp z o o
[REDACTED]
JM Trading BV

Redemption LLC
Meerkat Krew Inc.
ALPHA ONE CONTRACTORS LTD.
REDLAC REAL ESTATE LLC
[REDACTED]
TC MANAGEMENT (ASIA) LIMITED
TRIUMPH TECHNOLOGIES LLC
[REDACTED]
MOTIVE PRIME TECHNOLOGIES INC.
Arabian TSCL FZE
Gems Labs Limited
Ocean Bridge Sp z o o
TY BROTHERS LLC
ANNAMITE MASTER FUND SPC
OSTRICH MEDIA SERVICES LTD.
[REDACTED]
DKK Partners FZE
Ex Nexus Corporation sro
CorPa Blockchain AG
Biteeu Eurasia Ltd.
KH DISTRIBUTION UK LIMITED
EWC STRUCTURES LTD.
[REDACTED]
IMG TRADING LTD.
SKL BUILDING AND MAINTENANCE LTD.
MINGSAI TRADE LIMITED
DAM SEZC
Series F Liquid Opportunities LP
AXIM CAPITAL LTD.
CYPHER ELECTRONICS LTD.
[REDACTED]
Elliptiq SRL
[REDACTED]
Cruso Global AG
ASYA Vectura GmbH
CollectionPoint LLC
[REDACTED]
DO WHAT I WANT SA DE CV
Uptiq Inc.
Alignment Digital Currency Fund LP
[REDACTED]
SOULY PTE LTD.
MOOLOO CONSULTANCY SERVICES LIMITED
Baus Capital Partners LLC
BLOCK ENTERPRISES LLC
Betstack LLC
O M N Real Estate LLC
Klickl International Limited
Hongkong Tongzhong Energy Co Limited
Confusion Capital Inc.
St Gotthard Global Fund SPC
[REDACTED]
AR Holdings Ltd.
Blackfin Trading LLC
Futswap LLC

18

NOBLE BUILD GROUP LTD.

[redacted]

Voltique LLC

[redacted]

Bloxcross Inc.
Annamite Master Fund SPC - ETH Fund SP
Annamite Master Fund SPC - BTC Fund SP
Annamite Master Fund SPC - USD Fund SP
EDUFIN CLUB LTD.

[redacted]

Metalwave Energy Inc.

[redacted]

Baobab Group DWC LLC
DAPIO LTD.
Peer TC Pty Ltd.

[redacted]

Tensor Labs Inc.
Moon Cycle Financial Group Pty Ltd.
EchoChain Limited
KTE SERVICES LIMITED
PRP Advance Corp LTD.
Freedx SA de CV
Mana Digital Holdings LLC
Gemini Code LLC
Golden Hedge Capital Corp
Meta4 AI Fund LP

[redacted]

Vitrivian Sp z o o
EQ Exchange Global Ltd.
SDC HK Limited

[redacted]

Byte Ventures LLC
Axle Holdings LLC
Bigverse Inc.
Apex Data Centers Inc.

[redacted]

Block Wire LLC
Altea Corporation Pte Ltd.
YUNG CITY FASHION INC.
Parataxis Absolute Return Fund LP
CJ Digital EU BV
Coral DeFi Ltd.
Tumapay Limited

[redacted]

Hyperboliq FZ LLC
HASH ONLINE INC.
LUCHEL LIMITED
Taiba Limited

[redacted]

One Trading Exchange BV
Orca Capital Fund LP
Orca Capital DeFi Fund LP
Apex Fund LP
Dorsal Fund LP
Kings Global Consulting LLC

Poseidon Digital FV No 4 (BVI) Ltd.
Tarleton LLC
Le Mai LLC

[redacted]

Metaverse (Radix) Limited
BenevateX SRL
Quadro Dynamica Limited
Deluxe Automated Systems Inc.

[redacted]

QUEARA COMPUTING LLC

[redacted]

HASHLAKE LLC
LDX Capital LLC
1773 Anno Domini Inc.
XFORTA FINANCIAL TECHNOLOGIES LTD.
Arch Tecnologia SA
TRANSFORmity
FRONTIER POINT LTD.

[redacted]

ZARWAH DEVELOPMENTS LLC
L and G DISPOSABLES LIMITED LLC
SDM International (Cayman) Ltd.
iLedgends sro

[redacted]

Decline Kings LLC
HAS INNOVATIONS TRADING LLC
Veritas Art Production LLC
HUNTSWHARF DEVELOPMENT LTD.
FINXBIT INCORPORATED
LHCC Management Ltd.
Bravika Gulf FZCO
Carlomarket Limited

[redacted]

Fairweather Group Ltd.
13419762 CANADA INC.
Levionis Sp z o o
JB MAQUINA LTD.
CONSTRUCT GLOBALLY LIMITED
Market Way Corp Limited
Gen Tech Labs Limited
Pow re Generation Limited
PRO BUILDING AND DEMOLITION LTD.
Jade Heritage Holding LP
1000380718 Ontario Corp
OCM Alinkos Group Ltd.
UPNORTH HOLDINGS INC.

[redacted]

MNNC Capital Digital Asset Opportunities Master Fund LP
Chainview Capital Fund LP
MINDMESH Innovations Ltd.
Nextgen Capital Fund SCSp
The Russo and Co Group of Companies Inc.
PRO SOURCE SOLUTIONS LTD.
CDS VoltCore Corporation

19

Gost Ltd.
Prime Trading LLC
Byte Capital AG
Pinkerton Remodeling Inc.
██████████████
WATERWAY EAGLE I GP LLC
Axon Traders Ltd.
HAVILAH STREAMS LTD.
Archimed Strategies Ltd.
CCD SOFTWARE DISTRIBUTION LLC
AT SUPPLY LIMITED
████████████
518am Ltd.
MWR LIFE LLC
FRGTE Sarl
████████████
CXM Direct LLC
Genesis Block Cayman I
NEXON ORBITAL Sp zoo
Solstice HK Limited
Poseidon Tech HK Limited
██████████
Quipu Corp
Symphony Digital Assets Pte Ltd.
██████████████
LunaFish Partners SA
ZEPLY GLOBAL ME FZCO
██████████████
KVK INVESTMENTS LIMITED
Awlencan Innovations Australia Pty Ltd.
Emith International Partners LTD.
Larin Enterprises LLC
EVEDEX Ltd.
Vexcel Co
Pro Mining Solutions LLC
Fuel Labs Inc.
Flexionics Energy AG
AO Bridge LLC
Relayer Capital Master Fund Ltd.
CAPITAL SECURITY BANK LIMITED
Pordum Investments Ltd.
Mazzera SA
Blockcommerce LLC
Punto Cero LLC
Novel Capital Inc.
M2 Capital Limited
M2 Global Wealth Limited
Principle Payment Solutions LLC
Finality Liquid Opportunities Master Fund Ltd.
Illiquid Asset Solutions Ltd.
Draupnir Holdings LLC
FAB Ventures Ltd.
BoomFi Poland Sp z o o
████████████████████
Antilia Sur SA

TREND INVESTOR SERVICES PROPRIETARY LIMITED
SASU Simon and Cie
████████████
Briswool LLP
██████████████████
BLOCKFILLS AMS LTDA
AYCE LATAM INC.
Digital Trust LLC
PAYPORTO LTD.
Holograph Holdings Inc.
ATN GLOBAL CORP
Biscayne Global Service Inc.
Cambix S sro
Aspen Double Black SPC
Primrose Absolute Return Volatility Master Fund
Know Labs Inc.
SONECT AG
████████████████████████
Fuji Exchange Limited
Tech Matrix Sdn Bhd
AUREX LTDA
DEBITI Virtual Payments
██████████████
LamaTechnology Group LTD.
Haven Capital Advisors LLC
Profusa Inc.
Sumo Opportunities Master Fund LP
Ascend Inc.
██████████████████
Freedx HQ Management Services FZE
Hut 8 Investment Ltd.
Jungle Green Inc.
Golden Gateways LLC
Bradbury Funds Inc.
Hemingway Trading Ltd.
██████████
PARADISO VENTURES INC.
Stabillon sp z o o
China Global Trust Limited
Heroic Group Inc.
Remington Enterprises LLC
Strive Enterprises Inc.
AV Digital Assets LTD.
X12 Capital Limited
Blok Assets Advisory LLC
IMO INSTITUICAO DE PAGAMENTOS SA
██████████████████
Vector Capital Management Pty Ltd.
PBOGHOSIAN SERVICOS E TREINAMENTOS LTDA
SOLVEN LLP
██████████████████
ALIANZA PETROLERA ARGENTINA SA
ThirdPay Innovations Inc.

[REDACTED]
X12 Acquisition SPV LTD.
Telamon Holding Limited
[REDACTED]
Nino Finance Inc.
PT Likuid Jaya Inisiasi
Wave BTC Income and Growth Digital Fund Ltd.
Palmex Group Inc.
TD Markets Pty Ltd.
GREENLAB DESENVOLVIMENTO E TECNOLOGIA LTDA
Book of Daniel LLC
[REDACTED]
Venture Valley Inc.
Plexaura Inc.
Victus Ventures Group Ltd.
Shield Security Inc.
Bolts Digital Investments Limited
[REDACTED]
Engage Stack LLC
Nordic Venture LLC
[REDACTED]
Koker Exchange SA
Avanti Hash Group LTD.
Xybit Inc.
GMO System Trade Inc.
Bolt Crypto LP
The DAG Lab LLC
Black Arrows FZCO
Alplink Solutions AG
[REDACTED]
Infinituspay Inc.
[REDACTED]
Coincentric Group Inc.
[REDACTED]
mCards Inc.
John and Lauren O'Rourke JTWROS
CapNet Securities Corporation
CBO MARKETING LLC
International Web Groups LLC
[REDACTED]
LamaTechnology SAS de CV
GO PAY LTD.
[REDACTED]
ADBLIDAI LLC
CHAMONIX FINANCIAL LTD.
CAPITAL LAND LTD.
MTM Advisory Inc.
NIVALIS NEXORA LLC
Keytom Services Ltd.
VTrader LLC
[REDACTED]
American Bitcoin Operating LLC

BREAKTHROUGH CONSULTING FZCO
[REDACTED]
LIONS DEN FAMILY TRUST
[REDACTED]
CIRCUIT PAY SA
Tectona Ltd.
Klickl Europe Sp z o o
[REDACTED]
Sestertivm Sp z o o
IBEX Mercado SV SA de CV
Black Star FZE
[REDACTED]
SFOX International Ltd.
Supercycle Genesis Partners LP
Kuber Pay Inc.
[REDACTED]
Alpha Trade Ltd.
Atlantic Partners SPC Fund
COINEXT UCX FUNDO DE INVESTIMENTO FINANCEIRO MULTIMERCADO
[REDACTED]
CBTC Servicos Digitais Ltda
SION CAPITAL CORP SAS
[REDACTED]
1548199 Alberta Ltd.
ARTHUR DEVELOPMENT GROUP INC.
International Fintech Advisory Group Inc.
[REDACTED]
SUITCOIN PAGAMENTOS LTDA
TC Tomer Holdings Ltd.
ShokranPay Inc.
Assymetrix Technology LLC
Radiant Ridge Energy Limited
ZCASH EXCHANGE INC.
Coinexus sro
Alon P Holdings Ltd.

**Taxing Authorities**
Internal Revenue Service
Illinois Department of Revenue
Cayman Islands Monetary Authority (CIMA)
Registrar of Companies (General Registry)
Connecticut
Illinois
Mississippi
New Jersey
New York
Texas
Washington
Wisconsin

**Regulatory and Government Authorities**
National Futures Association (NFA)
Cayman Islands Monetary Authority (CIMA)

21

FinCEN
Commodity Futures Trading Commission (CFTC)
Commodity Futures Trading Commission (CFTC) - Regional

**U.S. Trustee's Office**
Lauren Attix
Nickita Barksdale
Malcolm M. Bates
Cacia Batts
Rachel Bello
Claire Brady
Fang Bu
Laurie Capp
Linda Casey
Robert Cavello
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox Jr.
Danielle Gadson
Diane Giordano
Michael Girello
Christine Green
Benjamin Hackman
Laura Haney
Amanda Hrycak
Xavier Hurt
Lora Johnson
Nyanquoi Jones
Hawa Konde
Jane Leamy
Jonathan Lipshie

Marquietta Lopez
Al Lugano
Hannah M. McCollum
Joseph McMahon
Jonathan Nyaku
James R. O'Malley
Linda Richenderfer
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Paula Subda
Elizabeth Thomas
Andrew R. Vara
Jill Walker
Nikki Washington
Dion Wynn
Demitra Yeager

**Delaware Bankruptcy Court Judges**
Chief Judge Karen B. Owens
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Thomas M. Horan
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge J. Kate Stickles
Judge Mary F. Walrath

**Other Parties in Interest**
Cleary Gottlieb Steen & Hamilton LLP
Prime Trust, LLC

22

**<u>Exhibit 2 – Connections to Parties-in-Interest</u>**

None.